FILED
U.S. DISTRICT COURT
Eastern District of Texas

SEP 29 2003

DAVID MALAND, CLERK
BY _____
Deputy

RECEIVED-CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT
OF TEXAS

FILED-CLERK
U.S. DISTRICT COURT

03 OCT -3 PM 1 41

TEXAS DIVISION

BY _____

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATRICK PARKER and DENA PARKER, | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| | § | CIVIL ACTION NO. 2-02CV-182 |
| vs. | § | JUDGE FOLSOM |
| | § | JURY TRIAL |
| | § | |
| FORD MOTOR COMPANY, INC. | § | |
| | § | |
| Defendant. | § | |

## JOINT FINAL PRE-TRIAL ORDER

This cause came before the court at a scheduling conference, pursuant to this court's local rules, we herewith file this Joint Pre-Trial Order, prior to the final Pre-Trial Conference scheduled for October 6, 2003.

### A.  COUNSEL FOR THE PARTIES

Plaintiffs:

Frank L. Branson
J. Gregory Marks
The Law Office of Frank L. Branson, P.C.
Highland Park Place
4514 Cole Avenue, 18th Floor
Dallas, Texas 75205
Telephone: (214) 522-0200
Facsimile: (214) 521-5485

Defendant Ford Motor Company:

Rickey L. Faulkner
Michael Eady
BROWN MCCARROLL, L.L.P
1127 Judson Road, Suite 220
Longview, Texas 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

Douglas W. Seitz (Attorney in Charge)
Bryan Benevento
SNELL & WILMER
One Arizona Center
Phoenix, Arizona 85004-0001
(602)382-6000 Telephone
(602)382-6070 Facsimile

**B.    JURISDICTION**

This Court has diversity jurisdiction of this action under 28 U.S.C. § 1332.

**C.    NATURE OF ACTION**

This product liability action arises from a single-vehicle crash that occurred before dawn on August 29, 2001. Plaintiff Patrick Parker was driving a 2001 Ford F250 "Super Duty" super cab pick-up truck that was owned by Texas Utility Systems ("TXU") and outfitted as a work truck with gas sniffer devices, a generator, and large tool boxes. Mr. Parker was driving down US 287 near Quanah, Texas, when he saw deer in the highway. He swerved to miss the first one, but struck the second one. His vehicle went off the right side of the paved road, onto the dirt shoulder, and then rolled at least two and a half times. The vehicle came to rest upside down, on its roof. Mr. Parker suffered paralyzing injuries in the accident.

2

## D.    CONTENTIONS OF THE PARTIES

### (1)    Plaintiffs' Contentions:

Plaintiffs contend that Ford knew that the 2001 Ford F250 pickup truck was more prone to rollover accidents than passenger cars and that head, neck and spine injuries were common injuries suffered by occupants exposed to a rollover event.  Ford also knew that an effective rollover protection system – a system that included a strong roof and a restraint system that limited vertical movement – would substantially reduce head and roof contact in a rollover accident, thereby preventing head neck and spine injuries.  Nevertheless, despite this knowledge, Ford designed, manufactured and marketed the F250 pickup truck with a defective rollover protection system – a system with a weak roof and a poorly designed restraint system.  In fact, Ford failed to test the rollover protection system in the F250 to determine if it was effective in a rollover accident.  As a result, Patrick Parker is now a C-7 quadriplegic from his head contacting the roof of his F250 pickup during the rollover.  Patrick and Dena Parker have suffered substantial damages.

### (2)    Ford Motor Company's Contentions:

Ford Motor Company denies that the 2001 Ford F250 was defective or unreasonably dangerous and denies that it engaged in any conduct that warrants the imposition of damages.

Ford contends that, although the Federal Motor Vehicle Safety Standard for roof strength does not apply to the 2001 F250, Ford designed the roof of the F250 to comply with that standard, and the roof of the 2001 Ford F250 pickup involved in this case exceeds the strength requirement of that standard and is comparable in strength to other similar vehicles.  Mr. Parker received a diving-type injury, and scientific studies have demonstrated that making the roof stronger will not prevent such injuries.  Ford contends that much of the roof deformation shown

3

129260.1
13486.95383

in the photographs taken after the crash was caused as the vehicle was rolled back onto its wheels after the doors had been removed. Ford contends that the restraints in the 2001 Ford F250 comply with all of the applicable Federal Motor Vehicle Safety Standards governing restraint systems and are similar to restraints in many other vehicles. There was no alternative practical and feasible restraint system which would have prevented Mr. Parker's injury.

4

## E. STIPULATIONS AND UNCONTESTED FACTS

(1) Patrick Parker was the driver of a 2001 Ford F250, VIN 1FTNX20L41EB99971 ("the vehicle"), involved in a single vehicle rollover accident which occurred while traveling eastbound on Highway 287 approximately 11.3 miles west of Quanah, Hardeman County, Texas. (hereinafter "the accident").

(2) The accident occurred on August 29, 2001 at approximately 5:34 a.m.

(3) The weather at the time of the accident was clear.

(4) Texas Highway 287 is a divided four lane highway.

(5) The road surface of Texas Highway 287 was dry blacktop.

(6) The accident was investigated by the Texas Department of Public Safety, Texas Highway Patrol, Trooper Russell Conkling.

(7) This 2001 Ford F250 was designed, manufactured and sold by Ford Motor Company.

(8) The vehicle was placed into the stream of commerce in January 2001.

(9) Texas Utility Systems ("TXU") was the owner of the vehicle.

(10) This civil lawsuit was filed on August 14, 2002 by Patrick Parker and Dena Parker (hereinafter "the lawsuit").

(11) Dena Parker is the wife of Patrick Parker.

(12) Dena Parker was not involved in the accident.

(13) Patrick and Dena Parker are residents of Childress, Childress County, Texas.

(14) During the accident, Patrick Parker suffered a spinal cord injury resulting in paralysis.

(15) Patrick Parker was 37 years old at the time of the accident.

(16) Patrick Parker incurred $186,137.51 in reasonable and necessary medical expenses to date as a result of his injuries suffered on August 29, 2001.

## F. CONTESTED ISSUES OF FACT AND LAW

(1) The extent of the roof deformation which occurred in the crash and when during the crash that deformation occurred.

5

129260.1
13486.95383

(2)   Whether Patrick Parker's actions while driving his vehicle constituted negligence, and if so, whether such negligence was a proximate cause of his injuries.

(3)   Whether the roof and/or restraints of the 2001 F250 pickup was defective in its design and unreasonably dangerous.

(4)   Whether any defective and unreasonably dangerous condition in the design of the roof and/or restraints was a producing cause of the injuries suffered by Patrick Parker.

(5)   Whether during the accident sequence the roof collapsed and crushed Patrick Parker, or whether Patrick Parker essentially dove into the roof while the vehicle was upside down.

(6)   Whether there was a safer alternative roof design as the term "safer alternative design" is defined in TEX. CIV. PRAC. & REM. CODE § 82.005.

(7)   Whether plaintiffs' strict liability and negligence claims are improperly redundant (Ford brief).

(8)   Whether Patrick and Dana Parker are entitled to damages, and if so, what sum of money would fairly and reasonably compensate them for their respective damages as set forth in their complaint.

(9)   Whether Ford Motor Company negligently tested the roof and/or restraints of the 2001 F250 and whether such negligence, if any, was a proximate cause of the injuries to Patrick Parker.

(10)  Whether the jury should be instructed on the necessity of proof of "safer alternative design" in all design defect questions submitted to the jury, particularly plaintiff's negligence claim.

(11)  Whether Ford's actions in designing the roof and or restraint system of the 2001 F250 were malicious towards Patrick Parker.

(12)  Whether TEX. CIV. PRAC. & REM. CODE ch. 41 is unconstitutionally vague as applied to this case because it does not provide Ford with advance notice of the conduct that will subject it to punishment.

(13)  Whether TEX. CIV. PRAC. & REM. CODE ch. 41 is unconstitutionally vague as applied to this case because it permits arbitrary and discriminatory enforcement by plaintiffs' lawyers and juries.

(14)  Whether an award of punitive damages would under the circumstances be unconstitutional as applied because the lack of fair notice of the appropriate standard governing maliciously designed products.

6

(15) The admissibility of evidence of other accidents (Ford brief).

(16) The admissibility of post-sale evidence (Ford brief).

(17) The admissibility of evidence of net worth (Ford brief).

(18) Whether Michelle Vogler's expert opinions in this case are reliable and admissible. FED. R. EVID. 702.

(19) Whether Keith Friedman's expert opinions on occupant restraint systems are reliable and admissible. FED. R. EVID. 702.

(20) Whether Kenneth McCoin's expert opinions respecting Patrick Parker's lost earning capacity are reliable and admissible. FED. R. EVID. 702.

(21) Whether William Muzzy's opinions on seat belt designs are reliable and admissible. FED. R. EVID. 702.

(22) Evidentiary issues raised in the parties' respective motions in limine.

## G.   LIST OF WITNESSES

(1) Plaintiffs

See lists attached as Exhibit A.

(2) Defendant

See lists attached as Exhibit B.

## H.   LIST OF EXHIBITS

(1) Plaintiffs

See lists attached as Exhibit C.

(2) Defendant

See lists attached as Exhibit D.

7

129260.1
13486.95383

## I.   LIST OF ANY PENDING MOTIONS

  (1)  Plaintiffs

      (a)   Plaintiffs' Motion in Limine

      (b)   Plaintiffs' Motion to Exclude Michelle Vogler

      (c)   Plaintiffs' Motion to Compel and for Sanctions.

  (2)  Defendant

      (a)   Ford Motor Company's Motion to Exclude, or Alternatively, Motion in Limine (and supporting briefs);

      (b)   Ford Motor Company's Motion to Exclude Expert Testimony of Dr. Kenneth McCoin;

      (c)   Ford Motor Company's Motion to Exclude Expert Testimony of Keith Friedman;

      (d)   Ford Motor Company's Motion to Exclude Expert Testimony of William Muzzy;

      (e)   Ford's Motion for Partial Summary Judgment Regarding Plaintiffs' Passenger-Restraint, Design-Defect Claims;

      (f)   Ford's Motion for Partial Summary Judgment Regarding Plaintiffs' Failure-To-Warn Claims;

      (g)   Ford's Motion for Partial Summary Judgment Regarding Plaintiffs' Punitive-Damage Claims;

      (h)   Ford's Motion for Partial Summary Judgment Regarding Plaintiffs' Claims of Defective Vehicle Roof Design.

      (i)   Ford's Objection and Motion to Strike Plaintiffs' Pretrial Disclosures.

## J.   PROBABLE LENGTH OF TRIAL:

The probable length of trial is two (2) weeks.

## K.   MANAGEMENT CONFERENCE LIMITATIONS

None

8

129260.1
13486.95383

## L.    CERTIFICATIONS

The undersigned counsel for each of the parties in this action do hereby certify and acknowledge the following:

(1)    Full and complete disclosure has been made in accordance with the Federal Rules of Civil Procedure and the Court's orders;

(2)    Discovery limitations set forth in the Federal Rules of Civil Procedure, the Local Rules, and the Court's orders have been complied with and not altered by agreement or otherwise;

(3)    Each exhibit in the List of Exhibits herein:

      (a)    is in existence;

      (b)    is numbered; and

      (c)    has been disclosed and shown to opposing counsel.

## APPROVED AS TO FORM AND SUBSTANCE:

Frank L. Branson
J. Gregory Marks
The Law Office of Frank L. Branson, P.C.
Highland Park Place
4514 Cole Avenue, 18th Floor
Dallas, Texas 75205
Telephone: (214) 522-0200
Facsimile: (214) 521-5485

BY: X_____
ATTORNEYS FOR PLAINTIFFS

9

**APPROVED AS TO FORM AND SUBSTANCE:**

Rickey L. Faulkner
Michael Eady
BROWN MCCARROLL, L.L.P
1127 Judson Road, Suite 220
Longview, Texas 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

Douglas W. Seitz (Attorney in Charge)
Texas Bar No.: 00789975
SNELL & WILMER
One Arizona Center
Phoenix, Arizona 85004-0001
(602)382-6000 Telephone
(602)382-6070 Facsimile

BY: _____
**ATTORNEYS FOR DEFENDANT**
**FORD MOTOR COMPANY**

_Du D John_
_US DJ_
_Oct. 2, 2003_

10

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| (1)PATRICK PARKER and | ) | |
| (2) DENA PARKER | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| VS. | ) | **CIVIL ACTION NO. 2-02CV-182(DF)** |
| | ) | **JUDGE DAVID FOLSOM** |
| (3)FORD MOTOR COMPANY, INC. | ) | |
| | ) | |
| **Defendant.** | ) | |

## PLAINTIFFS' DESIGNATION OF TRIAL WITNESSES

**TO:  THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Patrick and Dena Parker, Plaintiffs in the above-captioned case, and in accordance with the Scheduling Order in this case and files this their Plaintiffs' Designation of Trial Witnesses.  It is anticipated that the Plaintiffs' attorneys may call the following individuals at the time of trial in this cause.

1. William Clay Ford     Depo
   (Depo of 03/27-28/02 taken in Ford/Firestone MDL/Texas Consolidated Cases)

2. Jacques Nasser     Depo
   (Depo of 08/22-23/01 taken in Ford/Firestone MDL/Texas Consolidated Cases)
   (Current address unknown)

3. Richard Vanker     Depo
   (Depo taken in Parker vs. Ford 06/19/03)

4. Carl Zaas     Depo
   (Depo taken in Parker vs. Ford 06/24/03)

5. Bruno Barthelemy     Depo
   (Depositions taken in Parker vs. Ford 04/03/03 and 09/12/03 and Maddagan matter.

---

**PLAINTIFFS' DESIGNATION OF TRIAL WITNESSES**     **PAGE 1**

EXHIBIT
A

                                                                    Depo

6.    Al Darold
      (Deposition taken in <u>Parker vs. Ford</u> 09/10/03 and in <u>Whitney vs. Ford</u>; <u>Flores vs. Kelly</u>
      <u>Springfield Tire</u> (03/06/03); <u>Keeley vs. Ford</u> (03/07/03); <u>LaJeunesse vs. Ford</u> (09/26/01);
      <u>Griego vs. Ford</u> (10/16/01); <u>Johnson vs. Ford</u> (11/07/01) and <u>Sturns vs. Ford</u> (11/28/00).

                                                                    Depo

7.    Clarke Cunningham
      Deposition taken 05/09/01 in <u>Spurgeon vs. Ford</u> case.

                                                                    Depo

8.    Kenneth Khors
      Depositions taken 03/09/01 in <u>Spurgeon v. Ford</u> and 09/29/00 in <u>Garcia vs. Ford.</u>

                                                                    Depo

9.    Helen Petraukas
      Deposition taken in <u>Spurgeon vs. Ford</u> 03/21/01.

                                                                    Depo

10.   Hans Wickman
      Deposition taken 09/17-18/03 in <u>Parker vs. Ford</u> case.

      The address and positions of the above named Volvo employee can be found in portions
      of his testimony as set forth in his deposition transcripts.

      **The addresses and positions of the above named Ford Motor Company employees
      can be found in portions of their testimony as set forth in their deposition
      transcripts.**

      **PLAINTIFFS' EXPERTS:**

                                                                    Live

11.   Keith Friedman
      Don Friedman
      Xprts, L.L.C.
      99 Aero Camino
      Goleta, California 93117
      (805) 571-1550

                                                                    Live

12.   Carly Ward, Ph.D.
      Biodynamics Engineering, Inc.
      Post Office Box 722
      Pacific Palisades, California 90272
      (310) 454-0924

                                                                    Live

13.   Scott Altman
      Verifact Corporation
      11220 West FM 1604 North
      San Antonio, Texas 78254
      (210) 523-5696

14.   Bill Muzzy                                                    Live
      WHMuzzy Consulting, LLC
      3637 Peachtree Street
      Slidell, Louisiana 70458-2339
      (504) 641-1193

15.   Jack Sink, M.Ed.D., CRC, CVE, LPC                            Live
      Sink & Associates, Inc.
      2500 West Broad Street, Suite 307
      Athens, Georgia 30306
      (706) 543-9272

16.   Kenneth G. McCoin, Ph.D., C.F.A.                             Live
      7670 Woodway, Suite 171
      Houston, Texas 77063
      (713) 626-0144

**PLAINTIFFS:**

17.   Patrick Parker                                               Live
      1307 County Road 8
      Childress, Texas 79201
      (940) 937-7024

18.   Dena Parker                                                  Live
      1307 County Road 8
      Childress, Texas 79201
      (940) 937-7024

The above named Plaintiffs' may testify regarding their knowledge to the accident made
the basis of this lawsuit and to their own injuries and damages suffered.

**OTHER WITNESSES:**

19.   Kathy Phillips                                               Live
      c/o R. Clay Milling
      Henry, Spiegel, Fried & Milling. L.L.P.
      950 East Paces Ferry Road
      Suite 2450
      Atlanta, GA 30326
      (404) 832-8000

---

**PLAINTIFFS' DESIGNATION OF TRIAL WITNESSES**                    **PAGE 3**

Ms. Phillips may testify as to her knowledge regarding a similar incident in which she and her husband were in, where the Ford F-250 rolled over and her husband died of positional asphyxiation.

20. John David Sparkman                            Depo
     Akers Body Shop and Wrecker Service
     404 South Main
     Quanah, Texas 79252
     (940) 663-2489

     Deposition taken 08/14/03 in <u>Parker vs. Ford</u> case. Mr. Sparkman assisted the removal of Patrick Parker from his vehicle with The Jaws of Life.

21. Trooper Russell Conkling                         Depo
     Hardeman County Sheriff's Office
     P.O. Box 266
     Quanah, TX 79252-0266
     (940) 663-5374

     Deposition taken 04/10/03 in the <u>Parker vs. Ford</u> case. Trooper Conking's area of knowledge is relative to the investigation of the accident and the Plaintiffs' injuries.

22. Tony Tallant                                     Depo
     210 South Main
     Quanah, Texas 79252
     (940) 663-2933

     Deposition taken 08/14/03 in the <u>Parker vs. Ford</u> case. Mr. Tallant's area of knowledge is relative to Patrick Parker's injuries and damages.

The following have knowledge and opinions relative to Patrick Parker's injuries, the cause of those injuries, their diagnosis, prognosis, and the reasonable and necessary treatments of those injuries (both in the past and in the future), the reasonable and necessary costs of those treatments (both in the past and in the future); and the Plaintiffs' damages.

23. **Baylor Institute Rehabilitation employees, agents, representatives and/or custodian of records**
     3505 Gaston Avenue
     Dallas, TX 75206
     Mary Carlisle, M.D.
     Bruce Lance, M.D.
     Kathleen M. Sisler, M.D.

Milton Thomas, M.D.
Amy Wilson, M.D.
M. Adam
Rondi Blackburn, OTR
Valerie Blackmon, PT
K. Boudreaux, OTR
T. Briggs
R. Burch
P. Cort, OT
Deana Cox, R.D.
L. Dunn
P. Harty, RD, LD
Catherine Hoxie, OTR
J. Howley
Johnson
M. Kronenberger
S. Martin
G. Mayeux, DI
Tara Mooore, MPT
Lori Morris, CTR
Delva Pathy, R.N.
Ann Marie Ware
Paula Whittingham, R.N.
Amy Wilson, M.D.
S. Young, R.N.

24. **Childress Family Clinic employees, agents, representatives and/or custodian of records**
2020 Country Club Drive
Childress, Texas 79201
(940) 937-6187

25. **Childress Regional Medical Center employees, agents, representatives and/or custodian of records**
Post Office Box 1030
Childress, Texas 79201-1030
(940) 937-9125

26. **Out-Patient Visiting Doctors Clinic employees, agents, representatives and/or custodian of records**
Post Office Box 1030
Childress, Texas 79021
(940) 937-9198

---

**PLAINTIFFS' DESIGNATION OF TRIAL WITNESSES**      **PAGE 5**

27. **EMPI employees, agents, representatives and/or custodian of records**
    599 Carnigan Road
    St. Paul, MN 55126-4099
    (800) 328-2536, ext. 8237

28. **Family Clinic employees, agents, representatives and/or custodian of records**
    Dr. Thomas Darter
    P.O. Box 1280
    Childress, TX 79201
    (940) 937-6187

29. **Hardeman County Memorial Hospital employees, agents, representatives and/or custodian of records**
    402 Mercer St.
    Quanah, TX 79252
    (940) 663-2795
            Dr. R.R. Makkena
    L.M. Ouzts, M.D.
    D. Garfield, R.N.

30. **Hardeman County EMS employees, agents, representatives and/or custodian of records**
    P.O. Box 130
    Chillicothe, TX 99225
    (940) 663-2334
    William Clay
    Dr. Hernan

31. **Dr. Ramanchadra Rao Makkena and employees, agents, representatives and/or custodian of records**
    P.O. Box 694
    Quanah, TX 79252
    (940) 663-6151

32. **Dr. Leo Mercer and employees, agents, representatives and/or custodian of records**
    706 Denver Street
    Wichita Falls, TX 75301
    (940) 766-5256

33. **Dr. Stephen Neece and employees, agents, representatives and/or custodian of records**
    1819 10th Street
    Wichita Falls, TX 76301
    (940) 723-6870

---

34.   **North Texas Anesthesia employees, agents, representatives and/or custodian of records**
P.O. Box 5165
1105 Brook
Wichita Falls, TX 76307
(940) 723-1441
Keith Reeves

35.   **North Texas Neurology Associates employees, agents, representatives and/or custodian of records**
1722 9th Street
Wichita Falls, TX 76301
(940) 322-1075

36.   **Dr. Len Moore Ouzts employees, agents, representatives and/or custodian of records**
1000 Garland-Johnston Dr. #D
Vernon, TX 76384
(940) 553-4316

37.   **Pathologists Bio-Medical Laboratories employees, agents, representatives and/or custodian of records**
3600 Gaston Ave.
Barnett Tower #707
Dallas, TX 75246
(214) 823-6492

38.   **Physiatric Medicine Associates employees, agents, representatives and/or custodian of records**
Dr. Milton Thomas
8111 LBJ Freeway #375
Dallas, TX 75251
(972) 664-2534

39.   **Project Walk employees, agents, representatives and/or custodian of records**
2738 Loker Avenue, Suite C
Carlsbad, California 92008
(760) 734-4588
Ted Dardzinski
Tammy Dardzinski

40.   **Radiology Associates employees, agents, representatives and/or custodian of records**
808 Brook Avenue
Wichita Falls, TX 76301
(940) 766-0217

---

41.   **Texas Diagnostic Imaging employees, agents, representatives and/or custodian of records**
c/o Per Se Technologies
9441 LBJ Freeway, Suite 400
Dallas, TX 75243
(972) 498-9799 ext. 6155

42.   **Trans Star Ambulance employees, agents, representatives and/or custodian of records**
3917 Callfield Road
Wichita Falls, TX 76308
(940) 696-0151
Donovan Krtsenda
Jennifer Lase

43.   **United Regional Healthcare System employees, agents, representatives and/or custodian of records**
1600 Eleventh Street
Wichita Fallas, TX 76301
(940) 764-8243
Klonie L. Berend, M.D.
Chris Ford, MDA
Michael Houck, D.O.
Leo C. Mercer, Jr., M.D.
Dr. Douglas Miner
Fayyaz Mirza, M.D.
David D. Moffat, M.D.
Armando Moreno, M.D.
Stephen R. Neece
R. Powell, PA-C
David Spencer, M.D.
Dr. Sundaresan
A. Bendl
Bledeoma, LVN
J. Brooks, RN.
K. Burks, R.N.
J. Campbell, P.T.
J. Cohner
K. Daria, PT
Frank Davis
C. Denehy, LVN
S. Dossett
Linda Draper, RN.
R. Dwyer, R.N.
Kevin Elkins, R.N.

---

Zalena Fisher, LVN
R. Fling, R.N.
M. Fumia
N. Hardy, RN
Valerie Harwez, R.N.
E. Highlit
R. Hutson
E. January, LVN
M. Lary, LVN
Amanda Love, OTR
Martinez, RN
Tami McGriffin, MS, CCC
A. Medford, RRT
S. Poage
Deb Rapier
K. Roberson, RN
Shirley Shett
Y. Shirey
Doris Smith
Leah Smith
Pamela Smith
E. Speck, CRT
J. Starnes, LVN
C. Statton
Rebecca Thornhill, OTR
A. Wolf

44. **Neil R. Veggeberg, M.D. and employees, agents, representatives and/or custodian of records**
High Plains Rehab Association
P.O. Box 8876
Amarillo, TX 794
(806) 353-708

45. **George Wharton, M.D. and employees, agents, representatives and/or custodian of records**
HealthSouth Medical Center
2142 Research Row
Dallas, TX 75235
(214) 904-6888

46. **Dr. Mounir Zakhary**
304 South Park Lane, #B
Altus, Oklahoma 73522
(580) 477-7444

The Plaintiffs' intention to call any and all of the above-referenced individuals as Witnesses is subject to change. The Defendants will be notified promptly of any change in the Plaintiffs' List of Witnesses as they occur.

Respectfully submitted,

THE LAW OFFICES OF
FRANK L. BRANSON, P.C.

FRANK L. BRANSON
State Bar No. 02899000
J. GREGORY MARKS
State Bar No. 12994900
4514 Cole Avenue, 18th Floor
Highland Park Place
Dallas, Texas 75205
(214) 522-0200
(214) 521-5485 - Facsimile
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on Defendant's counsel Rickey L. Faulkner, Esq., Brown McCarroll, L.L.P., Post Office Box 3999, Longview, Texas 75606-3999 and Patrick X. Fowler, Esq., Snell & Wilmer, L.L.P., One Arizona Center, 400 East Van Buren, Phoenix, Arizona 85004-2202 of record, via facsimile and via certified mail on this the 19th day of September, 2003.

J. Gregory Marks

## FORD MOTOR COMPANY'S WITNESS LIST

I.   Ford **expects** to call the following individuals to testify live at the trial of this matter:

    A.    Garry, S. Bahling
          Vehicle Assessment Consulting, Inc.
          2975 Bullock Drive
          Metamora, MI 48455

    B.    Jarrod W. Carter
          Origin Engineering, L.L.C.
          12314 E. Broadway Avenue
          Spokane, WA 99216

    C.    Edward A. Moffatt
          Biomech Inc.
          34 Tarry Lane
          Orinda, CA 94563

    D.    Michelle Vogler
          Design Research Engineering
          39810 Grand River Ave., Suite 150
          Novi, MI 48375-2101

    E.    James R. Vinson
          Economic Consultant
          1515 Patterson Road
          Austin, TX 78733

    F.    E. L. Workman
          Workman Molina
          1044 Calle Recodo, Suite B
          San Clemente, CA 92673

II.  Ford **may** call the following individuals to testify live at the trial of this matter:

    A.    Patrick Parker
          1307 County Rd. 8
          Childress, Texas 79201

    B.    Dena Parker
          1307 County Rd. 8
          Childress, Texas 79201


EXHIBIT
B

C.  Al Darold
    Ragan Research Corporation
    14050 Eckles Road
    Livonia, MI 48150

D.  Tony D. Tallant
    1210 S. Main Street
    Quanah, TX 79252

E.  John David Sparkman
    Akers Body Shop & Wrecker Service
    404 S. Main
    P.O. Box 162
    Quanah, TX 79252

F.  Trooper Russell O'Neal Conkling
    Hardeman County Sheriff's Office
    P.O. Box 266
    Quanah, TX 79252-0266

G.  Jeffrey J. Croteau
    Exponent
    21 Strathmore Road
    Natick, MA 01760

H.  Bruno Barthelemy
    Ford Motor Company
    Office of General Counsel
    Suite 300, Parklane Towers West
    Three Parklane Blvd.
    Dearborn, MI 48126-2568

I.  Rick Vanker
    Ford Motor Company
    Office of General Counsel
    Suite 300, Parklane Towers West
    Three Parklane Blvd.
    Dearborn, MI 48126-2568

J.  Zaas, Carl
    Ford Motor Company
    Office of General Counsel
    Suite 300, Parklane Towers West
    Three Parklane Blvd.
    Dearborn, MI 48126-2568

K.    Tom Patterson
      Ford Motor Company
      Office of General Counsel
      Suite 300, Parklane Towers West
      Three Parklane Blvd.
      Dearborn, MI 48126-2568

L.    Custodian of Records TXU
      1601 Bryan Street, #3-077
      Dallas, TX 75201

M.    Joe Wills
      Ford Motor Company
      Office of General Counsel
      Suite 300, Parklane Towers West
      Three Parklane Blvd.
      Dearborn, MI 48126-2568

N.    Debra Marth
      Ford Motor Company
      Office of General Counsel
      Suite 300, Parklane Towers West
      Three Parklane Blvd.
      Dearborn, MI 48126-2568

O.    The following individuals have not been retained by Ford, but have been
      identified by Plaintiffs as expert witnesses.  Ford reserves the right to call these
      individuals by deposition or at the trial of this matter or to use their written expert
      reports, if any, during discovery, pretrial motions, and direct examination and
      cross examination at the trial of this matter.  However, by making such
      designation, Ford does not identify such experts as Ford's retained experts nor
      does Ford necessarily adopt or concede the accuracy of their facts, opinions or
      conclusions.

      1)    Scott Altman
            Verifact Corporation
            11220 West FM 1604 North
            San Antonio, Texas 78254

      2)    Friedman, Keith
            Don Friedman
            Xprts, L.L.C.
            99 Aero Camino
            Goleta, California 93117

3)   Kenneth G. McCoin
     7670 Woodway, Suite 171
     Houston, Texas 77063

4)   William H. Muzzy, III
     WHMuzzy Consulting, LLC
     3637 Peachtree Street
     Slidell, LA 70558-2339

5)   Jack M. Sink
     Sink & Associates, Inc.
     2500 West Broad Street, Suite 307
     Athens, Georgia 30306

6)   Carly C. Ward
     Biodynamics Engineering, Inc.
     Post Office Box 722
     Pacific Palisades, California 90272

The reports of the above listed individuals have been produced by Plaintiffs.
These reports, according to Plaintiffs contain their opinions. Ford does not
necessarily adopt or concede the accuracy of all information contained in the
reports.

III.   Ford may call the following witnesses to testify by records:

A.   Employees, agents, representatives and/or Custodian of Records for
     Altus Surgery & Urology Associates
     Zakhary, Mounir George, M.D.
     304 South Park Lane, Suite B
     Altus, Oklahoma 73521
     (580) 477-7444

B.   Employees, agents, representatives and/or Custodian of Records for
     Baylor Institute of Rehabilitation
     3505 Gaston Avenue
     Dallas, Texas 75246

C.     Employees, agents, representatives and/or Custodian of Records for
Blue Cross/Blue Shield of Texas
Lovelady, Debra Kay, Supervisor
901 South Central Expressway
Richardson, Texas 75080
(972) 766-4923

D.     Employees, agents, representatives and/or Custodian of Records for
Makkena, Ramanchadra Rao, M.D.
P.O. Box 694
Quanah, TX 79252
(940) 663-6151

E.     Employees, agents, representatives and/or Custodian of Records for
Childress Family Clinic
2020 Country Club Drive
Childress, Texas 79201
(940) 937-6187

F.     Employees, agents, representatives and/or Custodian of Records for
Childress Regional Medical Center
P. O. Box 1030
Childress, TX 79201
(940) 937-6371

G.     Employees, agents, representatives and/or Custodian of Records for
Out-Patient Visiting Doctors Clinic
P. O. Box 1030
Childress, Texas 79021
(940) 937-9198

H.     Conkling, Trooper Russell
Hardeman County Sheriff's Office
P.O. Box 266
Quanah, TX 79252-0266
(940) 663-5374

I.     Employees, agents, representatives and/or Custodian of Records for
EMPI
599 Carnigan Road
St. Paul, MN 55126-4099
(800) 328-2536, ext. 8237

J.  Employees, agents, representatives and/or Custodian of Records for
    Hardeman County Memorial Hospital
    402 Mercer Street
    Quanah, TX 79252
    (940) 663-2795

K.  Employees, agents, representatives and/or Custodian of Records for
    Hardeman County Memorial Hospital
    Radiology
    402 Mercer Street
    Quanah, TX 79252
    (940) 663-2795

L.  Employees, agents, representatives and/or Custodian of Records for
    Hardeman County EMS
    P.O. Box 130
    Cillicothe, TX 99225
    (940) 663-2334

M.  Employees, agents, representatives and/or Custodian of Records for
    Hardeman County Sheriff's Office
    P. O. Box 266
    Quanah, TX 79252-0266
    (940) 663-5374

N.  Employees, agents, representatives and/or Custodian of Records for
    Neurological Surgery of Wichita Falls
    Stephen Neece, M.D.
    1819 10th Street
    Wichita Falls, Texas 76101
    0/723-6870

O.  Employees, agents, representatives and/or Custodian of Records for
    Project Walk
    2738 Loker Avenue, Suite C
    Carlsbad, California 92008
    (760) 734-4588

P.  Employees, agents, representatives and/or Custodian of Records For
    TXU
    1601 Bryan Street, #3-077
    Dallas, Texas 75201
    14) 812-8915

Q.   Employees, agents, representatives and/or Custodian of Records
     Texas Department of Public Safety
     5805 North Lamar, Building B
     Austin, Texas 78752
     12) 424-7100

R.   Employees, agents, representatives and/or Custodian of Records for
     Trans Star Ambulance
     3917 Callfield Road
     Wichita Falls, TX 76308
     40) 696-0151

S.   Employees, agents, representatives and/or Custodian of Records for
     United Regional Health Care System
     1600 11th Street
     Wichita Falls, TX 76301
     40) 764-8243

T.   Employees, agents, representatives and/or Custodian of Records for
     United Regional Health Care System – Radiology
     00 11th Street
     chita Falls, Texas 76301

U.   Employees, agents, representatives and/or Custodian of Records for
     Veggeberg, Neil R., M.D.
     High Plains Rehab Association
     P. O. Box 8876
     Amarillo, TX  79114
     (806) 353-708

V.   Employees, agents, representatives and/or Custodian of Records for
     Wharton, George, M.D.
     HealthSouth Medical Center
     2142 Research Row
     Dallas, Texas  75235
     (214) 904-6888

IV.     Ford may call the following witnesses to testify by deposition:

Trooper Russell Conkling's deposition dated 4/10/03

| Page/Line | through | Page/Line | Comments |
|-----------|---------|-----------|----------|
| 4/22 | | 4/24 | |
| 13/19 | | 14/20 | |
| 26/9 | | 26/20 | Beginning with "Were you…" |
| 43/6 | | 44/4 | Beginning with "Down in…" |
| 44/17 | | 44/21 | |
| 44/24 | | 45/4 | |
| 46/12 | | 47/8 | |
| 51/1 | | 51/23 | |
| 71/2 | | 71/6 | Beginning with "you testified…" |
| | | | |

Tony Tallant's deposition dated 8/14/03

| Page/Line | through | Page/Line | Comments |
|-----------|---------|-----------|----------|
| 5/17 | | 5/19 | |
| 6/9 | | 6/23 | |
| 14/23 | | 15/12 | |
| 15/21 | | 17/10 | Beginning with "between the time..." |
| | | | |

John Sparkman's deposition dated 8/14/03

| Page/Line | through | Page/Line | Comments |
|-----------|---------|-----------|----------|
| 5/7 | | 5/13 | |
| 6/20 | | 6/22 | |
| 7/6 | | 7/17 | Beginning with "how did you …" |
| 21/19 | | 22/23 | |
| 26/8 | | 26/19 | |
| 26/24 | | 27/17 | |
| 32/5 | | 32/23 | |
| 47/12 | | 47/23 | Beginning with "Which door …" |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| (1)PATRICK PARKER and | ) | |
| (2) DENA PARKER | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. 2-02CV-182(DF) |
| | ) | JUDGE DAVID FOLSOM |
| (3)FORD MOTOR COMPANY, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' EXHIBITS LIST

### TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Patrick and Dena Parker, Plaintiffs in the above-captioned case, and in accordance with the Scheduling Order in this case and files this their Plaintiffs' Exhibit List. It is anticipated that Plaintiffs may offer the following exhibits in the trial of this case.

1.   Safety Directive 105 Letter dated 02/01/84 from D.E. Petersen.

2.   11/30/78 Roof Crush Test with G.T. Roll Bar - 1980 "F" series truck - Bates numbers 7875 0003804-3820.

3.   07/02/79 Roof Crush test of Accessory Bar Installation - 1980 Ram Regular Cab - Bates numbers 7875 000382 through 3827.

4.   Crash Test 546 - 04/04/67 - Bates numbers

5.   Videotape of Crash Test 546.

6.   Ray Yerkes memo dated 05/22/99 re: List of cost reduction ideas.

7.   Release concern dated 99/04/08.

---

**PLAINTIFFS' EXHIBIT LIST**                                                                 **Page 1**



EXHIBIT
C

8.      Concern detail number C089544 dated 98/09/5.

9.      Concern detail dated 98/06/8.

10.     Volvo XC90 documents. CD-ROMS and video produced by Ford, including:

        (1)      Process instructions (assembly drawings) Body Upper XC90
        (2)      Volvo FKB Complete Vehicle - Crashworthiness
        (3)      Safety Product Development - XC90 (Slides 1-50)
        (4)      Volvo Test Report 256272 08/18/99
        (5)      Volvo Test Report 260663 04/10/00
        (6)      Volvo Test Report 258834 09/03/00
        (7)      Volvo Test Report 261760 12/06/00
        (8)      Volvo Test Report 262279 02/05/01
        (9)      19 CD-ROMS
        (10)     Crash video

11.     Car and Driver article regarding XC90.

12.     P131 Cost Reduction Program (PHNC 02007-02012)

13.     1999 Program Presentation (PHNC 05102-05122)

14.     1999 PHN 131 Executive Summary (PHNC 05123-05216)

15.     PHN 131 Target Setting Handbook (PHNC 07974-08046)

16.     Program Direction Letter 1999 MY PHN 131 Light Truck (PHNC 03129-03390)

17.     1999 Budget P131 (PHNC 04332-04342)

18.     1999 Model PHN131 Program Profitability (PHNC 04875-04880)

19.     Lifetime Engineering Forecast. December 1995 YTD actuals (PHNC04884-04886)

20.     1999 MY Commercial truck program Board of Directors Meeting Presentation (PHNC 04917-04927)

21.     1999 PHN131 Executive Summary (PHNC 04928-04952)

22.     F Series 0/8500 1998 3rd Quarter VCAPS Audit (PHNC06027-06427)

23.     P131 Program Super Duty Pickup (PHNC 06830)

---

24.     ABS Financial Status Asssessment Review (PHNC 06835-06956)

25.     1999 North American P131 Program 1999 model year warranty costs (PHNC 06957-07245)

26.     PHN 131 Management Steering Team Program Review (PHNC 07367-07507).

27.     PHN 131 Management Steering Team Review 12/17/93 (PHNC 07717-07854)

28.     PHN 131 Management Steering Team Program Review 04/26/94 (PHNC07873-07973)

29.     1998 PHN Program Review (PHNC 08047-08564).

30.     NHTSA Proposed Rule 02-06; Notice 4

31.     SAE 980210: Roof Crush Versus Occupant Injury from 1998 to 1992 NASS

32.     Ford's Intra-company communication, "Third Report on Conceptual Interviews with Truck Owners (Pickup and 4X4)," dated 1-16-64, by R.J. Eggert (Bates 141-396-396).

33.     Ford Engineering Staff Report, "1965-66 Roof Collapse Evaluation," dated 3-1-67, by R.C. Dodt and R.J. Berton. Report No. S-67-5 (Bates RC001485-001528).

34.     Ford's Intra-company communication, "Protection Offered by Shoulder Belt (3-Point System)," dated 9-19-67, by Richard G. Snyder, to Mr. John Versace (Bates 141-319-321).

35.     Ford's white paper "Safety Benefit/Cost Summary," dated 11-7-67, by P.C. Bertelson (Bates AERZ 30721-30726).

36.     Ford's Intra-company communication, "Comments of Safety Benefit/Cost Summary," dated 11-21-67, by J.S. Seward (Bates 00100001588).

37.     Ford's Intra-company communication, "Cost/Benefit Analysis of Car Safety Expenditures," dated 11-22-67, to Mr. J. Versace (Bates AERZ 30727-20729).

38.     Ford's Report, "Accident Reviews: Rollovers," dated 11-30-67, by R.C. Dodt from Automotive Safety Research Office. Report No. S-67-36 (RC000010-000022).

39.     Ford's Intra-company communication, "Analysis of Cornell Data for Rollover Crash," dated 2-7-68, by Paul E. Geck, Safety Testing and Vehicle Evaluation Department, to Mr. H. G. Brilmyer, including all attachments (Bates RC001459-001461).

---

40. Ford's Intra-company communication, "Rollover Accidents: A Basis for Establishing Future Roof Strength Performance Requirements," dated 6-28-68, by J. R. Weaver to Mr. H. G. Brilmyer (Bates RC001548-001553).

41. Ford engineering staff intra-company letter, dated 7-8-68, "Roof Strength Study," from J. R. Weaver to Mr. H. G. Brilmyer, including all attachments, tables, appendix, diagrams, and sketches (AERZ 24131-24149).

42. Ford's Intra-company communication, "Injury in Rollover Accidents," dated 7-9-68, by J.R. Weaver to R.B. MacLean (Bates RC001573-RC001574).

43. Ford document titled "Comments of Ford Motor Company, Inc. on Advance Notice of Proposed Rule Making," dated 7-22-68, in letter format from J.C. Eckhold to NHTSA, in title "Intrusion – Passenger Cars, Multipurpose Passenger Vehicles, Trucks, Buses," (Bates RC012555-012560).

44. Ford publication, "Data on the Motor Vehicle Transportation System in the United States," dated November 1968, by the Automotive Safety Research Office (RC001575-001587).

45. Ford's Intra-company letter, "Rollover Impact Protection Requirements," dated 11-13-68, from H.G. Brilmyer to Mr. Byrne (Bates RC001588-001591).

46. Ford's Intra-company letter, "New Mexico Rollover Accident Report," dated 1-6-69, by Engineering Staff, to Mr. H.G. Brilmyer, with all attachments (Bates RC001594-001600).

47. Ford Intra-company letter, "197X Truck Package Clinic (68/C-56-PF)," dated 10-24-68, by John A. Frechtling to Mr. Philip Caldwell, with all attachments (Bates AERZ 30730-30736).

48. Ford's Intra-company letter, "Status of Research and Engineering Programs Pertinent to Improved Rollover Impact Protection," dated 2-13-69, from H.G. Brilmyer to H. March (Bates RC001602-001605).

49. Ford's Intra-company letter, "ASRA Presentation of Rollover Based on Actual Accident Cases and Laboratory and Proving Grounds Tests," dated 5-7-69, prepared by Engineering Staff, with all attachments (Bates RC001660-RC001667).

50. Ford's Engineering Staff Intra-company letter, dated 5-20-69, "Regression and Correlation Analysis on the Roof Crush Data," from Shrawan K. Singh to Mr. H.G. Brilmyer (Bates RC001011-001024).

51. Ford's Intra-company report, "Passenger Car Rollover Without Impact – A Study of AMA Cases, Proving Ground Tests and a 1968 On-the-Scene New Mexico Evaluation," dated

5-23-69, from Robert C. Dodt. to Mr. H.G. Brilmyer, with all attachments (RC001643-RC001654).

52.  Ford's report. "Rollover Protection Plan," dated 5-28-69, by Car Body Systems Engineering (Bates RC001655-001657).

53.  Ford Status report. "1972 Rollover and Pillars," dated 7-30-69, with attachments (Bates RC001668-1671).

54.  Ford's Intra-company letter. "Suggestions for Rollover Test Method Based on Rollover Accident Environment – AMA Cases," dated 9-25-69, by Robert C. Dodt to R.J. Berton. with all attachments (Bates RC001717-001718).

55.  Ford Engineering Staff Report, "A Study of Some Rollover Accidents," dated 9-25-69, by E.S. Grush, with all attachments (Bates RC001709-001716).

56.  Ford's Intra-company report by Engineering Staff. "Rollover Statistics," dated 10-20-69, by John Versace (Bates AERZ 24172-24180).

57.  Ford's Intra-company letter. "Corporate Objective for Roof Crush Strength – H.T. Tillotson's letter of 1-6-70," dated 1-16-70, by Robert J. Berton to H.G. Brilmyer, with all attachments (Bates RC001745-001754).

58.  Report titled, "Rollover Protection." dated 2-25-70, by Ford Car Body Systems Engineering (3 pages plus attachments) (Bates RC001769-001775).

59.  Ford report. "Roof Intrusion Protection – Passenger Cars." dated 12-23-70, with all attachments (Bates AERZ 28063-28070).

60.  Ford white paper. "Rationale for a Maximum Allowable Roof Intrusion." dated approximately 1970 (Bates RC002010-002010).

61.  Ford report. "Roof Intrusion Protection for Passenger Cars Proposed Motor Vehicle Safety Standard." dated 2-18-71, by Safety and Emissions Programs. with all attachments (Bates RC002012-2020).

62.  Produce Ford white paper. "Suggested Company Response to Docket 2-6, Notice 4 Roof Intrusion Protection." dated 2-25-71, by Body Engineering Office, with all attachments (Bates RC002022-002024).

63.  Ford Product Development Group's Intra-company letter dated 3-3-71, "NAAO Working Safety Committee Meeting – March 3, 1971," to Mr. R.B. Alexander, et al. from J.O. Jay, with all attachments (Bates RC011622 - 011630).

64. Ford's Intra-company letter, "An Alternative to Current Automotive Safety Regulatory Programs," dated 3-8-71, by T.J. Feaheny, to R.W. Markely, Jr., et al (Bates AERZ 30737-30746).

65. Ford report, "Roof Intrusion Protection for Passenger Cars, Proposed Motor Vehicle Safety Standard," dated 3-22-71, by Ford Safety and Emissions Programs (Bates RC002111-002117).

66. Ford's Intra-company letter, "Roof Intrusion Protection (Docket 2-6, Notice 4)," dated 3-17-71, by W.C. McDonald to J.C. Eckhold (Bates RC002121-002123).

67. Ford's Intra-company letter, "Meeting with NHTSA Roof Intrusion Protection," dated 3-26-71, by W.E. Brown (Bates RC002124-002125).

68. Ford's Intra-company letter, "Notice of Proposed Rule Making – Roof Intrusion Protection for Passenger Cars," dated 4-2-71, by E.A. Reickert to J.C. Eckhold (Bates RC002138-002138).

69. Ford letter, "Notice of Proposed Rule Making – Roof Intrusion Protection for Passenger Cars," dated 4-5-71, from J.C. Eckhold to NHTSA. This will include attachments, "An Assessment of Roof Crush as a Contributor to the Automobile Safety Problem" by E.S. Grush, with all attachments (Bates RC012561-012575).

70. Ford Intra-company letter, "Roof Crush Statistics for Docket 2-6; Notice 4," dated 4-5-71 by John Versace (Bates RC002139-002147).

71. Ford Intra-company letter, "Docket 2-6, Notice 4 – Roof Intrusion," dated 4-6-71, by J.C. King, with all attachments (Bates 002164-2172).

72. Ford letter, dated 4-22-71, from J.E. Lundy to Mr. Henry Ford II, and Mr. L.A. Iacocca, with all attachments. The subject is Washington conversation and security problem (Bates ANG1237-1238).

73. Ford Intra-company letter, "Comparison of Ford Motor Company, Inc. Comments with Those of Competitive Companies, on Notice of Proposed Rule Making – Roof Intrusion Protection for Passenger," dated 4-27-71 from R.E. Kimball to R.B. Alexander, et al (Bates RC002191-002194).

74. Ford Report, "An Analytical Method for Assessing Vehicle Roof Strength," dated 4-29-71, by John Versace (Bates RC000628-000670).

75. Ford inter-office communication, "Provisions for Roof Intrusion Protection for Passenger Cars," dated 5-10-71, by W.R. Hunter to W.E. Moore, with all attachments (Bates RC002241-RC002242).

76.    NAAO Working Safety Committee agenda and meeting minutes from April 22, 1971 (Bates RC011648-011672).

77.    Ford report, "Roof Intrusion Protection for Passenger Cars," dated 5-19-71, draft, with all attachments (Bates RC002251-002264).

78.    Ford white paper, "Roof Intrusion Protection for Passenger Cars," dated 6-2-71, by Safety and Emissions Programs (Bates RC002268-002271).

79.    Ford General Produce Development Safety Program Letter, 74S-7, dated 6-15-71, by T.J. Feaheny, with attachments (Bates RC002277-002278).

80.    Ford Intra-company letter, Evaluation of Empirical Method for Determining Roof Crush Values," dated 7-2-71, by Paul Kim and C.R. Wilk (Bates RC012561-012575).

81.    Ford white paper, "1974 Roof Intrusion Program," dated 8-5-71, by Car Product Planning, with attachments and exhibits (Bates RC002288-002293).

82.    Ford's Intra-company report, "Restraint Systems Effectiveness," dated 9-23-71 by John Versace, with all attachments. Authors include E.S. Grush, Sherman Henson, Orville Ritterling (Bates RC024448-024566).

83.    Ford reports, agendas, meeting minutes, from NAAO Working Safety Committee meeting of 10-21-71 (Bates RC011738-011756).

84.    General Product Development Safety Program Letter 74S-7-S1, Roof Intrusion Protection for Passenger Cars, by R.C. Graham, dated 11-24-71 (Bates RC002294-002294).

85.    Ford report "ESV Rollover Test Methods," dated 1971, by Mr. C.R. Emnus, Ford United Kingdom (Bates RC007071-007075).

86.    Ford General Product Development Safety Program Letter 74-S-7-S2, Roof Crush Resistance—Passenger Cars, FMVSS 216, by R.C. Graham, dated 1-11-72 (Bates RC002428-002429).

87.    Program Description Book for 1973 F-Series Program, dated 2-7-72.

88.    Ford white paper, "Rollover Testing Repeatability (Ford Testing Versus NHTSA)," dated 4-18-72, by Advance Body Engineering (Bates RC002451-002455).

89.    Ford agenda, meeting minutes, reports, etc. from NAAO Working Safety Committee Meeting of 4-20-72 (Bates RC011389-011403).

---

**PLAINTIFFS' EXHIBIT LIST**                                                      **Page 7**

90.    Ford agenda, meeting minutes, reports, etc. from NAAO Working Safety Committee Meeting of 7-20-72 (Bates RC011404-011412; RC011413-011422).

91.    Ford agenda, meeting minutes, reports, etc. from NAAO Working Safety Committee Meeting of 10-26-72 (Bates RC014361-014367).

92.    Inter-office communication, " Documentation of Test Results Relating to FMVSS Requirements," 11-27-72, by F.J. Finkenauer, Jr. to G.J. Lawton (Bates AERZ 30769-30770).

93.    Ford inter-office letter, "PEO Internal Procedure for Potential Critical Product Problems," dated 11-28-72, by J.W. Byrne to J. Forgione (Bates AERZ 30771-30779).

94.    Ford quarterly report dated 12-31-72, by H.T. Tillotson, project name "In-house Safety Car," with all attachments (Bates 73535-73544).

95.    Ford General Product Development Safety Program Letter, "Roof Crush Resistance- - Passenger Cars, FMVSS No. 216," dated 1-8-73, No. 74S-7-S3, by W.C. McDonald (Bates RC002467-002468)

96.    Ford inter-office letter, "FMVSS Test and Reporting Procedures and Safety Factors," dated 2-23-73, by J.C. King to Mr. R.E. Allen, et al (Bates AERZ 30780-30783).

97.    Ford report, "Ford Experimental Safety Vehicle," dated April 1973, Final Report, Contract No. DOT-OS-20005, prepared for DOT. This will include previous edition of this type of report internal to Ford, prepared by Body Safety Engineering Department (RC013151-013386 and RC01388-013491).

98.    Ford inter-office report, "Long-Range Effectiveness of 1976 Restraint Proposal," dated 6-25-73, by John Versace, with attached report by L.J. Tomiko and E.S. Grush (RC024408-24429 and RC02500-02520).

99.    Ford agenda, meeting minutes, and reports from the NAAO Safety Subcommittee Meeting of 7-26-73 (RC011692-011705).

100.   Ford inter-office report, "Technical Notes for the Rollover Docket," dated 8-29-73, by John Versace, with all attachments (RC000595-000627).

101.   Ford agenda, meeting minutes, and reports from the NAAO Safety Subcommittee meeting of 11-15-73 (RC011512-011520).

102.   Ford agenda, meeting minutes, and reports from the NAAO Safety Subcommittee meeting of 3-21-74 (RC011524-011539).

103. Ford report. "Occupant Protection During Vehicle Rollovers," dated 6-4-74, from the fifth International Technical Conference on Experimental Safety Vehicles, by K. Stone, Ford Motor Company, Inc. Limited (RC013492-013512).

104. The agenda, meeting minutes, and all attachments to these documents for the Ford NAAO Safety Subcommittee Meeting, 9-19-74 (RC011598-011621).

105. Ford report. "FMVSS 208 Cost Effectiveness Analysis- - Methodology," dated 10-9-74 (RC000359-000369).

106. Ford report. "Occupant Protection in Vehicle Rollover," dated January 1975, Contract No. Con-2598-SV. Technical Research, Ford of Britain (RC002537-002586).

107. Ford letter dated 2-10-76, from J.C. Eckhold, to NHTSA (Roger Compton), with all attachments (7875 829 - 7875 836).

108. Ford report. "Review of RSV Phase I Report," dated 6-8-76 by John Versace, with all attachments. ASO Report No. S-76-7 (ASO Report No. S-76-7).

109. Report. "Ford Motor Company, Inc. Responses to NHTSA FMVSS 208 - - Occupant Crash Protection," dated approximately 4-15-77, comments since 1969 (AERZ 28682-28724).

110. Ford letter from J.C. Eckhold to NHTSA (Joan Claybrook), dated 12-12-77, with all attachments (AERZ 28725-28756).

111. Ford white paper. "Joint Meeting of Engineering and Research Subcommittee and Manufacturing and Supply Subcommittee," dated 11-18-80 (AERZ 28757-28763).

112. Ford letter dated 5-4-87, from R.H. Munson to Barry Felrice, NHTSA, on FMVSS 216, and subsequent letters of 1-27-89, 3-15-89 (RC012611-012611, RC012612-012612).

113. Ford letter, dated 6-26-89, from R.H. Munson to NHTSA (R.E. Wood), with all attachments (RC012624-012630).

114. Ford letter, dated 12-20-89, from R.H. Munson to NHTSA (Jerry R. Curry), with all attachments. Subject: Notice of Proposed Rule Making on Light Truck Roof Crush Docket 89-22. Notice 1 (RC021059-021069).

115. Product Planning Subcommittee meeting minutes of 11-28-78.

116. Ford memo, dated 11-4-91, titled "Vehicle Rollover." (EXPI 1233-1233)

117. Ford letter dated 5-7-92. Corporate Safety Segment Design Guidelines for Resistance to

Rollover.

118. Ford documents related to 6-24-92, Outline for Stability Discussion, OMB, DOT & NHTSA Visit to Ford (AABD 6968-6986; AABD 7137-7253; AABZ 7286-7286; AAFB 9199-9199).

119. Ford letter dated 6-14-93, Corporate Safety Segment Design Guideline for Resistance to Rollover.

120. Agenda, Product Planning Subcommittee meeting of 7-6-87, including "Approval of Safety and Damage Ability Design Guidelines. (AERR 1118-1165)"

121. Ford Technical Report, no date, titled "Stability Index Spreadsheet," with and without handwritten comments on document (RGRW 2508-2510).

122. Ford document entitled, "Rollover Impact Protection Requirements," dated November 13, 1968 (RC00158-001591).

123. Ford document entitled "The Light Truck Engineering Program Report," September 3, 1980 (RGR 436-438).

124. Ford Light Truck Safety Guideline Strategy dated February 27, 1987 (BII 90383-90456).

125. Documents dealing with 1994 Light Trucks Roof Crush dated March 8, 1991 (06632-06677).

126. Ford document entitled "Ford 1974-1976 Master Plan Rollover and Side Impact" dated 1971.

127. Ford memorandum "Roof Crush Minimum Structural Thickness" from J. M. Erkert dated June 25, 1971.

128. Ford memorandum "1978-Model North American Truck Programs" from William Bourke dated July 8, 1976.

129. Ford Roof Crush Safety Guideline Proposal dated December 12, 1991 and any and all subsequent Roof Crush Safety Guideline proposals (AERZ 12146-12148).

130. "Roof Crush Variability Study using FEA and DOE" dated December 23, 1994.

131. DPG Safety Task Force Accident Report dated September 2, 1995 (EXPU 1437-1439).

132. "Comments of Ford on NHTSA Docket No. 1999-5572 Notice 2; Request for Comments - Federal Motor Vehicle Safety Standard 216, December 4, 2001 (3720 11220-11226).

133.    "Supplemental Comments of Ford on NHTSA Docket No. 89-22 Notice 1; Notice of Proposed Rule Making - Light Truck Roof Crush Resistance, April 23, 1990 including Notice 1, 54 Fed. Reg. 46275, November 2, 1989.

134.    "Comments of Ford on NHTSA Docket No. 91-68 Notice 1; Advance Notice of Proposed Rule Making for Rollover Prevention, April 2, 1992 including Docket No. 91-68, Notice 01, 56 Federal Register, pp. 242-252, January 3, 1992.

135.    Ford Engineering Design Standard Deviation document dated June 11, 1980.

136.    Ford memoranda regarding the 1985 Mercury Cougar OR-7's compliance with FMVSS 216 dated March 6, 1984.

137.    The National Highway Safety Bureau document entitled "Roof Intrusion Protection for Passenger Cars" dated January 6, 1971.

138.    The National Center for Statistics and Analysis document entitled "Characteristics of Fatal Rollover Crashes" dated April of 2002.

139.    Program Description Books applicable to any PN96 vehicle.

140.    Drawings of the roof assembly of the subject vehicle.

141.    Documents, including, but not limited to, videos, test reports and electronic data that refer to crash test 546 (Bates RC010264-10278).

142.    All documents, including, but not limited to, videos, test reports and electronic data that refer to crash test 619 (RC025029-25042).

143.    All documents, including, but not limited to videos, test reports and electronic data that refer to crash test 116 (RC008354-008371).

144.    All documents, including, but not limited to videos, test reports and electronic data that refer to the CRIS Fixture Test: TEN 6802, PH6802: 1993 F-350 Rollover Test.

145.    All documents, including, but not limited to videos, test reports and electronic data that refer to AutoLiv Test: B180196: Explorer Curb Trip Test including RC27442, RC27512, RC27531.

146.    All documents, including, but not limited to videos, test reports and electronic data that refer to AutoLiv Test: B180207: Explorer Corkscrew Test (RC27470, RC27513, RC27528).

---

147. All documents, including, but not limited to videos, test reports and electronic data that refer to AutoLiv Test: B180209: Explorer Corkscrew Test (RC 27470-27507; RC27508; RC27528.

148. All documents, including, but not limited to videos, test reports and electronic data that refer to AutoLiv Test: B180210: Explorer Corkscrew Test (RC27470-27507; RC27514; RC27528).

149. All documents, including, but not limited to videos, test reports and electronic data that refer to AutoLiv Test: B180219: Explorer Dolly Rollover Test (RC27257-27289; RC27515; RC27522).

150. All documents, including, but not limited to videos, test reports and electronic data that refer to AutoLiv Test: B180220: Explorer Dolly Rollover Test (RC27768-27802; RC27509; RC27523).

151. All documents, including, but not limited to videos, test reports and electronic data that refer to AutoLiv Test: B190015: Explorer Curb Trip Test (RC27325-27361; RC27521; RC27524).

152. All lists, logs or data banks that refer to any drop tests, static crush testing and/or rollover testing from 1960 to the present, including CRIS testing information.

153. Field accident data and documents regarding other similar incidents relating to rollover and/or roof crush accidents for Ford vehicles for model years from 1990 to 2001 that were produced by Ford on August 8, 2003 and August 18, 2003.

154. The Owner's Manual for the subject vehicle.

155. Vehicle invoice and weight information provided by Ford.

156. Documents in regards to the advertising or promotion of the subject vehicle including, but not limited to, brochures, commercials, and print advertising.

157. Copies of all produced television commercials for the "No Boundaries" advertising campaign that refer or relate to pickup trucks.

158. All "Top Lines" for the focus groups conducted in relation to the "No Boundaries" campaign.

159. Annual reports produced by Ford for years 1997-2001;1980 through 1990 and 1992-1994.

160. All documents that refer, reflect or relate to the manufacture, sale, and/or maintenance of the Parker vehicle.

161. Article entitled "Safer Than a Breadbox," Alex Law, Auto Week, June 10, 2002.

162. The June 11, 1980 Ford Engineering Design Standard Deviation regarding the 1985 Mercury Cougar XR-7.

163. All documents that refer, reflect, or relate to Ford's Crash Test 2625.

164. All documents that refer, reflect or relate to Ford's Crash Test 2626.

165. Information related to rollover testing performed by Exponent, Inc. for the platform vehicle including CD and documents on Dolly Rollover Crash Test 2000 Ford F-150 SLT 7700 on 10/18/02

166. FMVSS 216 Roof Crush Development, 1996 PN96 Supercab F Series, Right Front Roof 7875 23274-7875 23295

167. Advertising by Ford, including:

    1. The Park and JW Thompson Ad: Ford F Series - Westside Story; Ad No. D-5986-1

    2. The Park and JW Thompson Ad: Military Playbill Ad No. D-6289-1

    3. The Park and JW Thompson Ad: Ford F Series - Westside Story; Ad No. D-6341-1

    4. The Park and JW Thompson Ad: Ford F Series - Johnn Cash; Ad No. D-5985-1

    5. The Park and JW Thompson Ad: Ford F Series - Westside Story; Ad No. D-6230-1

    6. The Park and JW Thompson Ad: Military Ad; Ad No. D-6110-1

    7. The Park and JW Thompson Ad: Ford F Series - 2001 Super Bowl Ad; Ad No. D-5137-1

    8. The Park and JW Thompson Ad: Ford BPN "Siberia" Ad; Ad No. D-6310-2 The Park and JW Thompson Ad: Ford T.O. 1, King Ranch Ad; Ad No. D-6645-2

    9. The Park and JW Thompson Ad: Ford F Series - Westside Story; Ad No. D-6093-1

    10. The Park and JW Thompson Ad: Ford F Series, "2001 Superduty Super Bowl"; Ad No. D-5137-1

    11. The Park and JW Thompson Ad: Ford F Series - Rocky; Ad No. D-5987-1 The Park and JW Thompson Ad: Ford F Series - Hurricane; Ad No. D-6029-1

    12. The Park and JW Thompson Ad: Other Trucks; Ad No. D-4807-0

    13. The Park and JW Thompson Ad: F Series, Before, After, During; Ad No. D-4621-0

    14. The Park and JW Thompson Ad: Ford F Series - Before, After, During; Ad No. D-5357-1

15. The Park and JW Thompson Ad: Frod F-Series "ARMY" Ad No. D-5358-1

16. The Park and JW Thompson Ad: Ford F-Series - "NO AUTOGRAPHS"; Ad No. D-5359-1

17. The Park and JW Thompson Ad: Ford F-Series "Country Music Hall of Fame": Ad No. D-5557-1

18. The Park and JW Thompson Ad: Ford F-Series - Bad Cheese; Ad No. D-5356-1

19. Videotape of JW Thompson ads: You've Got Mail (11/03/00): A-Team (11/20/00): Fire Crew(10/03/00): You've Got Mail (07/01/01): and A-Team (07/01/01)

20. Documents regarding Blue Oval campaign.

168. Potential Failure Mode Analysis and Effects Analysis FMEA: An Instruction Manual (7875 21518- 21566)

169. 1994 Light Trucks Roof Crush (7875 0006632-6677)

170. Roof Crush Design Margin Revisitation Study (7875 25566-25579)

171. PHN 131-SP7 Channel Cab Durability Test, 07/18/96 (PHNA 09490-09980)

172. Roof Crush: Project U6221 (7875 0006557-6620)

173. Light Truck Safety Guideline Strategy. 12/87. 7875 0006793-7875 0006826

174. Release/Concerns regarding the PHN roof and/or components. including Bates numbers: PHNA 26057-74; 26242-62; 26641-46; 26263-69; 26673-76; 26075-79; 26664-72; 26270-74; 26412-17: 26677-79; 26300-06; 26661-63; 26418-38; 26636-40; 26280-83; 26284-90: 26626-30; 25985-91; 26647-60; 26275-79; 26857-69; 26780-88; 26797-80; 26564-68: 26793-96; 25917-20; 25910-14; 25921-23: 26569-73; 25915-16; 25924-34; 26598-99: 25935-41; 26742-65; 26766-69; 26025-28; 25952-55; 26558-61: 26552-55; 25956-57: 26562-63; 25962-65; 26556-57: 26018-24; 26037-51; 06200-02; 06218:26452-56; 27401-05: 27397-00; 26459-60; 26439-43; 26820-21; 26194-98; 27477-80: 26468-70; 26457-58 ; 26450-51;26444-45; 27485-88; 26848-49; 27406-09; 26199-02; 26811-12; 25894-96; 26839-42; 26229-32; 26233-35; 26236-41; 26831-32; 26822-25: 26833-35; 26208-11; 26600-03; 26215-19; 26615-18; 26220-22; 26631-35; 26212-14; 26619-21; 26680-83; 26052-56; 26604-06; 26894-99; 26580-87; 26006-13; 26863-69; 26780-88; 26797-00; 26564-68; 26793-96; 25917-14; 26574-77; 25921-23; 26578-79: 26569-73; 25915-16; 25924-27; 25942-48; 26870-72; 25928-34; 25949-51; 26594-99; 25935-41; 26762-65.

175. Oral Presentation: Research Priorities in Crashworthiness. Adele Derby, NHTSA 7875 18262-18271

176. 12/12/77 letter from Eckhold to Joan Claybrook (7875 000510-000541)

---

177.   Staff Items, Washington Affairs Office 03/30/98 (7875 32300-32329)

178.   Staff Items, Washington Affairs Office 05/26/98 (7875 32343-32371)

179.   Staff Items, Washington Affairs Office 10/05/98 (7875 32399-32425)

180.   Staff Items, Washington Affairs Office 04/19/99 (7875 32446-32466)

181.   Washington Affairs Safety Status Report, Advanced Safety Review Committee Meeting 09/20/95 (7875 32536-32544)

182.   Washington Affairs Safety Status Report, Advanced Safety Review Committee Meeting 07/23/97 (7875 32619-32652)

183.   Washington Affairs Safety Status Report, Advanced Safety Review Committee Meeting. 05/20/98 (7875 32653-32662)

184.   Washington Affairs Safety Status Report, Advanced Safety Review Committee Meeting, 07/29/98 7875 32663-32679

185.   Automotive Safety Review Meeting, Safety Regulatory Update, 09/29/98 (7875 32682-32705)

186.   E-mail from Ken Peer re PHN 131 Safety at Meeting Minutes on 01/25/96 (PHNA 15470)

187.   E-mail from Wei Hong re PHN131 Safety PAT Meeting Minutes on 03/21/96


### DOCUMENTS REGARDING PLAINTIFFS' EXPERTS:

188.   Curriculum vitae, report and photographs of Keith Friedman/Don Friedman of Xprts.

189.   Exemplar vehicle parts produced at deposition of Keith Friedman.

190.   Curriculum vitae, report and photographs of Scott Altman, Verifact.

191.   Curriculum vitae, report and photographs of Dr. Carley Ward.

192.   Curriculum vitae, report and photographs of Bill Muzzy.

193.   Curriculum vitae, Life Care Plan and Addendum of Jack Sink.

194.    Curriculum vitae, report and supplemental report of Kenneth G. McCoin, PH.D., C.F.A.

**DEPOSITION EXHIBITS:**

195.    Deposition Upon Written Questions of Texas Department of Public Safety

196.    Exhibits of Carl Zaas deposition taken in the <u>Parker vs. Ford</u> case June 24, 2003 including but not limited to:

        1.    Interoffice Memo dated 1/19/95 to B. Barthelemy, Objective: Roof crush study on PHN131 four-door super cab, Bates Nos. 7890 0082 through 0086

        2.    Interoffice Memo dated 10/11/094 to B. Barthelemy, Subject: Proposed Alternate Roof Bow Design to Enhance Roof Crush Resistance, Bates Nos. 7890 0076 through 0078

        3.    Interoffice Memo dated 10/26/94 to B. Barthelemy, Subject: Proposed Alternative Roof Bow Design to Enhance Rear Roof Crush Resistance Bates Nos. 7890 0079 through 0081

        4.    Intracompany Memo dated 4/29/71 An Analytical Method for Assessing Vehicle Roof Strength, Bates Nos. 3008 0491 through 0532

        5.    Color Photograph

        6.    Color Photograph

        7.    Bill Ford Video Clip #4

        8.    Color Photograph

        9.    Vehicle Safety & CAE Technology Department Body Structure Analysis/Engineering, Roof Crush Variability Study Using FEA and Doe, Bate Nos. 7875 14362 through 14419

197.    Exhibits of Richard W. Vanker deposition taken in the <u>Parker vs. Ford</u> case June 19, 2003, including but not limited to:

        1.    Memo dated 5/25/99 from Ray Yerkes, with attached list of cost reduction ideas

        2.    Release/Concern Cover dated 99/04/08

        3.    Concern Detail Number C1089544 dated 98/19/15

        4.    Concern Detail dated 98/06/18

        5.    Pillar-Front Body, Number YC35-1502516-7-AB

        6.    Pillar-Front Body, Number F81B-2502517-AP

        7.    Pillar-Front Body Number YC35-2502516-AB

        8.    Copy of photograph

        9.    Analytical Sign-Off for PHN-131 CP Design April 1996

---

10.   Letter dated 2/1/84 from D.E. Petersen
· 11.   Video clip of Volvo ad (not attached to the deposition)
12.   Automotive Safety Research Office Safety Engineering Evaluation
13.   NHSB Notice of Proposed Rulemaking, January 1971
14.   Printout of e-mail dated 2/3/95
15.   Video clip of deposition of Bill Ford
16.   Video clip of deposition of Jacques Nasser
17.   F-150 crash test video clip
18.   Volvo crash test video clip

198. Exhibits of Carly Ward, Ph.D. deposition taken in the <u>Parker vs. Ford</u> case 09/03/03 including but not limited to:

(1)   Binder of Photos
(2)   Diagram
(3)   Surrogate Study
(4)   Literature Binder
(5)   Report
(6)   Rollover Crash Study by Rechnitzer and John Lane
(7)   Videotape
(8)   Pickup weight information
(9)   Ledger Sheet
(10)   List of deposition testimony
(11)   List of trial testimony
(12)   Case summary file
(13)   Red working file
(14)   Handwritten notes
(15)   Notebook
(16)   Notebook

199. Exhibits of Bruno Barthelemy deposition taken in the <u>Parker vs. Ford</u> case April 3, 2003, including but not limited to:

(1)   Interoffice Memo dated 10/11/94 to B. Barthelemy, Subject: Proposed Alternative Roof Bow Design to Enhance Roof Crush Resistance, Bates Nos. 7890 0076 through 0078
(2)   Interoffice Memo dated 10/26/94 to B. Barthelemy, Subject: Proposed Alternative Roof Bow Design to Enhance Rear Roof Crush Resistance, Bates Nos. 7890 0079 through 0081
3.   Interoffice Memo dated 01/19/95 to B. Barthelemy, Objective: Roof crush study on PHN131 4 door super cab, Bates Nos. 7890-0082 through 0086

4. Ford Analytical Sign-Off for PHN-131 CP Design April 1996 Vehicle Center 5, Bates Nos. 7890 0004 through 0075
5. 1998 PHN131 - Total Program Work Plan
6. Roof Crush: Project U6221 Bates No. EXPN 0541 through 0558
7. PMT #1 Fast Track Summary

200. Exhibits of Bruno Barthelemy deposition taken in the <u>Parker vs. Ford</u> case on 09/12/03, including but not limited to:

(8) Plaintiffs' Notice of Intent to Obtain the Oral/Videotaped Deposition of Designated Corporate Representative of Ford Motor Company
(9) Executive Summary (PHNC 05123-05216)
(10) Directive - Produce Safety Planning and Implementation (F030764-30765)
(11) E-mail from J. Wagner (7875 22873 and 22874
(12) Light Truck Safety Design Guideline Strategy (7875 0006793-0006826).
(13) 1994 Light Trucks Roof Crush (7875 00066320006677)
(14) Vehicle Safety and CAE Technology Department Body Structure Analysis/Engineering (7875 14362-14419)
(15) Concern Detail C10638511, 06/23/96 (PHNA 26622-26625)
(16) Concern Detail C1095494, 03/19/99 (PHNA 25966-25971)
(17) Released notice dated 08/17/99 (PHNA 26943-26946)
(18) E-mail from Wei Hong re: PHN131 Safety PAT Meeting Minutes 03/15/96 (PHNA 15450 and 15451)

201. Exhibits of Garry Bahling deposition taken in the <u>Parker vs. Ford</u> case, including but not limited to:

1. Paper by Mark Arndt and others entitled, *Evaluation of Experimental Restraints in Rollover Conditions*
2. Set of seven articles
3. List of Trial and Deposition Testimony for the last four years
4. Billing stated dated 06/29/03 in the amount of $6,238.95
5. CD containing photographs
6. CD containing photographs
7. Correspondence file
8. VHS tape of Malibu 2 tests
9. VHS tape of Malibu 2 top drop tests
10. CD containing photographs of vehicle inspection
11. CD containing photographs of vehicle inspection
12. CD containing photographs of vehicle inspection
13. CD containing photographs of vehicle inspection
14. CD containing photographs of vehicle inspection

202.   Exhibits of Keith Friedman deposition taken in the <u>Parker vs. Ford</u> case on 08/29/03 including but not limited to.

  1.   Center for Injury Research Submission
  2.   Case Materials
  3.   Binder: Other Similar Incidents
  4.   Binder: OSI
  5.   Billing File
  6.   Headers from F150 and F250
  7.   Headers
  8.   Books of photos
  9.   Books of photos
  10.   Cross sections
  11.   Pictures: Tab 5
  12.   Volume: Rollover History Timelines
  13.   Volume: Rollover History Timelines
  14.   Volume: Rollover History Timelines
  15.   Case Binder
  16.   Index to Exhibit 18
  17.   Index: Box of CDs
  18.   Files
  19.   Correspondence Binder
  20.   Binder: Documents reviewed and relived upon
  21.   Binder: Documents reviewed and relived upon
  22.   Binder: Documents reviewed and relived upon
  23.   Documents
  24.   Index of discovery documents in binders and all documents identified therein

203.   Exhibits of Edward A. Moffatt deposition taken in the <u>Parker vs. Ford</u> case on 09/11/03, including but not limited to:

  1.   Edward A. Moffatt Testimony Updated 08/18/03
  2.   "Head Excursion of Seat Belted Cadaver, Volunteers and Hybrid III ATD in a Dynamic/Static Rollover Fixture" by Edward A. Moffatt and others"
  3.   Handwritten Notes
  4.   Billing Records
  5.   Handwritten Notes entitled "Ward dep"
  6.   Handwritten Notes entitled "K. Friedman dep 8/29
  7.   Handwritten Notes entitled "Sparkman - tow truck"
  8.   Handwritten Notes entitled "Tallant - FD/EMT"
  9.   Vehicle Inspection - Parker July 1, 2003
  10.   Medical Summary
  11.   Handwritten Notes and Correspondence File

204. Exhibits of Alfred J. Darold deposition taken in the <u>Parker vs. Ford</u> case on 09/10/03 including but not limited to:

    1. Directive Product Safety Planning and Implementation
    2. Staff Items Washington Affairs Office dated 05/31/95
    3. Staff Items Washington Affairs Office Report 02/02/98
    4. Staff Items Washington Affairs Office Report 04/27/98
    5. Staff Items Washington Affairs Office Report 08/03/98
    6. Staff Items Washington Affairs Office Report 01/19/99
    7. Comments Regarding NHTSA 49 CFR Part 571
    8. Safety Product Development XC-90
    9. Test Report Number 258834
    10. Crash-worthiness Criteria for the P-28

205. Exhibits of Thomas F. Patterson deposition taken in the <u>Parker vs. Ford</u> case on 09/09/03, including but not limited to:

    1. Notes made by witness trying to reconstruct the efforts he underwent in searching for the finite element model for the PHN-131
    2. Work Request sheet dated 11/21/02
    3. Handwritten notes
    4. 7 engineering concerns
    5. Series of e-mails
    6. Arun Trepathy document
    7. E-mail from Srinivas Sanikommu
    8. Affidavit of Thomas Patterson dated 07/08/03
    9. Affidavit of Thomas Patterson dated 09/05/03
    10. Letter dated 03/17/03 from Barry Toone to Greg Marks

206. Exhibits of Kenneth G. McCoin deposition taken in the <u>Parker vs. Ford</u> case on 08/26/03, including but not limited to:

    1. Notice of Intention to Take Oral Deposition of Kenneth G. McCoin with Subpoena Duces Tecum
    2. An Appraisal of the Earning Capacity of Mr. Patrick Parker dated 05/20/03
    3. Resume of Kenneth Glenn McCoin
    4. List of Cases
    5. Chart of Earning Capacity
    6. Sink Life Care Plan by Elements
    7. National Vital Statistics Report Dated 03/21/02
    7a. Economic Report of the President Dated 02/03
    7b. United States Department of Labor News Dated 12/11/02
    7c. Worklife Estimates: Effects of Race and Education

---

|  | 7d. | Return rate for six-month bill |
|--|-----|-------------------------------|
|  | 7e. | National Vital Statistics Report dated 03/21/02 |
|  | 8.  | Handwritten notes |
|  | 9.  | Sink & Associates Life Care Plan Summary of Costs |
|  | 10. | File Folder |

207. Exhibits of Jack Sink deposition taken in the <u>Parker vs. Ford</u> case on 09/02/03, including but not limited to:

| | 1. | Amended Notice of Intention to Take Oral Deposition of Jack M. Sink with Subpoena Duces Tecum |
|--|----|---|
| | 2. | Letter to Greg Marks from Janie R. Duceatt for Jack M. Sink dated 04/25/03 enclosing report |
| | 3. | Draft report |
| | 4. | Letter to Greg Marks for Dr. Jack Sink from Theresa Berk dated 09/02/03 |
| | 5. | List of information in the file and information reviewed |
| | 6. | Winter 2002 Occupational Wages and Employment for Amarillo MSA, Texas |
| | 7. | Formula Created by the Model Spinal Cord Injury Centers |
| | 8. | Formula Created by the Model Spinal Cord Injury Centers |
| | 9. | Formula Created by the Model Spinal Cord Injury Centers |
| | 10. | Formula Created by the Model Spinal Cord Injury Centers |
| | 11. | Correspondence |
| | 12. | Medical records |
| | 13. | Miscellaneous Interview Forms and Case Notes |
| | 14. | Income Tax Records |
| | 15. | Texas Workers' Comp Records |
| | 16. | U.S. Census Bureau Disability Labor Force Status |
| | 17. | Literature on Omega Trac Wheelchair |
| | 18. | Referral Data Sheet |
| | 19. | Notice of Designation of Expert Witness and Expert Reports |
| | 20. | Invoice from Sink and Associates |
| | 21. | Health Cost Survey |
| | 22. | Resume of Jack M. Sink |
| | 23. | Deposition and Trial Testimony |
| | 24. | Miscellaneous Information on Equipment |
| | 25. | List of Reference Sources |
| | 26. | List of Defense Attorneys |
| | 27. | Resume of Judy Edwards-Bryun |

208. Exhibits of William Muzzy's deposition taken in the <u>Parker vs. Ford</u> case on 09/15/03 including but not limited to:

    1.   Red Case Notebook
    2.   Miscellaneous Research
    3.   DV and Deposition and Trial List
    4.   Invoices
    5.   Correspondence
    6.   Volvo Test Report Number 258834

209. Exhibits of Scott Altman's deposition taken in the <u>Parker vs. Ford</u> case on 08/20/03 including but not limited to:

    1.   Project folder
    2.   Accident site diagram
    3.   Analysis diagram
    4.   Vehicle Dynamics
    5.   Photographs
    6.   Photographs
    7.   Vehicle Data
    8.   Accident Site diagram
    9.   Notes
    10.  Development of a Tumble Number for Use in Accident Reconstruction
    11.  Speed Analysis
    12.  Accident Reconstruction Analysis - Summary
    13.  Accident Reconstruction Analysis Vehicle Rollover Dynamics
    14.  Subject Vehicle Inspection
    15.  Photocopies of Photographs
    16.  Photographs
    17.  Roll Rate Analysis
    18.  Motor Vehicle Accident Reconstruction and Cause Analysis

210. Subject vehicle - 2001 Ford F250 pickup truck, vehicle identification number 1FTNX20L41EB99971.

211. Family Photographs (PP00815-PP00870).

212. Vehicle Photographs (PP00871-PP00885).

213. Injury Photographs (PP00886-PP00888).

214. W-2s of Patrick Parker (1999-2001) (PP00889-PP00891).

215. Baylor Institute for Rehabilitation medical and billing records (PP00381-PP00763; PP00768-814; PP00999-PP01006; PP01011-PP01093) and photos (PP00764-P00767).

216. Childress Family Clinic medical and billing records (PP00907-PP00923).

217. Childress Regional Medical Center medical and billing records (PP00936-PP00943; PP00969-PP00998).

218. EMPI medical and billing records (PP00892-PP00906) .

219. Family Clinic/Dr. Darter medical and billing records (PP00329-PP00345; PP00959-P00968).

220. Hardeman County Memorial Hospital Medical and Billing records (PP00015-19; PP00020-22); and affidavits for films (PP00023-24) and Deposition Upon Written Questions for Hardeman County Memorial Hospital .

221. Hardeman County EMS/Hardeman County Highway Patrol medical/billing records (PP00003-PP00008).

222. Dr. Ramanchadra Rao Makkena medical and billing records (PP00009-PP00013).

223. Dr. Leo Mercer medical and billing records (PP00327-PP00328).

224. Dr. Stephen Neece medical and billing records (PP00308-PP00324).

225. North Texas Anesthesia medical and billing records (PP00352-PP00355).

226. North Texas Neurology Associates medical and billing records (PP00356-PP00362).

227. Out-Patient Visiting Doctors Clinic/Dr. Mounir Zakhary medical and billing records (PP00924-PP00235).

228. Dr. Len Moore Ouzts medical and billings records (PP00325-PP00326).

229. Pathologists Bio-Medical Laboratories medical and billing records (PP00374-PP00375).

230. Project Walk Records (PP001094-PP001996) and Deposition Upon Written Questions.

231. Physiatric Medicine Associates medical and billing records (PP00363-PP00373; PP00944-PP00968).

232. Radiology Associates medical and billing records (PP0000346-PP000347).

233.    Texas Diagnostic Imaging medical and billing records (PP00348-PP00351).

234.    Trans Star Ambulance medical and billing records (PP00376-PP00380).

235.    United Regional Healthcare System medical and billing records (PP00027-PP00284 and PP00285-PP00307).

236.    Medical/billing records by Deposition Upon Written Questions of Neil R.Veggeberg, M.D.

237.    Medical/billing records by Deposition Upon Written Questions of George Wharton, M.D.

238.    Dr. Mounir Zakhary medical and billing records (PP01007-PP01010).

239.    Accident Report (PP00001-PP00002).

THE LAW OFFICES OF
FRANK L. BRANSON, P.C.

_____

Frank L. Branson
State Bar No. 02899000
J. Gregory Marks
State Bar No. 12994900
Highland Park Place
4514 Cole Avenue, 18th Floor
Dallas, Texas 75205
(214) 522-0200
(214) 521-5485 Fax

**ATTORNEYS FOR PLAINTIFFS
PATRICK PARKER AND DENA PARKER**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the above and foregoing instrument was served upon Rickey L. Faulkner, Esq., Brown McCarroll, L.L.P., Post Office Box 3999, Longview, Texas 75606-3999 and Patrick X. Fowler, Esq., Snell & Wilmer, L.L.P., One Arizona Center, 400 East Van Buren, Phoenix, Arizona 85004-2202, attorneys for Defendant Ford Motor Company on this the 19th day of September, 2003 via facsimile and via certified mail/return receipt requested.

_____

J. Gregory Marks

# FORD MOTOR COMPANY'S TRIAL EXHIBIT LIST

| Exh. No. | Expect to use | May Use | Description |
|---|---|---|---|
| 1 | | X | Feb 25, 1985 SAE 850535 paper by McCarthy, Lange et al entitled. An Examination of the Correlation Between Vehicle Performance in FMVSS 216 Injury Rates in Rollover Accidents, (RC003163) |
| 2 | X | | April 1984 840403 SAE paper by Strothers, Smith and Warner entitled Injury and Intrusion in Side Impacts and Rollovers, (RC005876) |
| 3 | | X | 10/01/93. Definition of Passenger Automobile from 49 C.F.R. Section 523.4, T00035001 |
| 4 | | X | 10/01/93. Definition of Light Truck 49 C.F.R. Section 523.5, T00036001 |
| 5 | | X | 00/00/00. Paper entitled "An Examination of Furrow Tripping and Vehicle Rollovers" by Brown, Stansifer and Guenther and accompanying videotape |
| 6 | | X | 00/00/85. Paper and photographs re "Rollover Crash Tests - The Influence of Roof Strength on Injury Mechanics," SAE 851734. (Malibu I). T00049001 - T00049023 |
| 7 | | X | 00/00/85. Videotape - Malibu I, Scenes from GM Crash Tests Chevrolet Malibu's (1983-84). |
| 8 | X | | 00/00/90. Paper and photographs re "Rollover and Drop Tests - The Influence of Roof Strength on Injury Mechanics Using Belted Dummies," SAE 902314 (Malibu II). T00051001 - T00051012 |
| 9 | | X | 00/00/90. Videotape - Malibu II, Scenes from Rollover Crash Tests and Drop Tests 1987 - 1989 Chevrolet Malibu Sedans GM Corporation. |
| 10 | | X | FMVSS Standard No. 216, Roof Crush Resistance. |
| 11 | | X | 04/05/71. Intracompany memo from John Versace dated 4/5/71 re "Roof Crush Statistics for Docket 2-6; Notice 4", with attached report entitled "An Assessment of Roof Crush as a Contributor to Automotive Safety Problem, dated 4/5/71, by E. S. Grush. T00283001 |
| 12 | X | | 12/28/77. "The Effectiveness of Belt Systems in Frontal and Rollover Crashes", by Donald F. Huelke SAE 770148 |
| 13 | | X | Paper entitled "Reconstruction of Roll-over Collisions", by Orlowski, Moffatt, et al. |
| 14 | | X | Paper entitled "Occupant Motion in rollover Collisions", by Edward Moffatt, American Association for Automotive Medicine, 1975. |
| 15 | X | | 1994. SAE Paper 840403 entitled "Injury and Intrusion in Side Impacts and Rollovers" by Strother, Smith, James, and Warner (1984) T00295001 |
| 16 | X | | Enlargement of Chart (Occupant Kinematics in Rollover Accidents) from SAE 902314 - "The Influence of Roof Strength on Injury Mechanics Using Belted Dummies" |
| 17 | X | | Enlargement of Chart (Roof Crush and Injury in Rollover Accidents) from SAE 850535 - "An Examination of the Correlation Between Vehicle Performance in FMVSS 216 Versus Injury Rates in Rollover Accidents" |

**EXHIBIT**

*tabbies*

D

1

# FORD MOTOR COMPANY'S TRIAL EXHIBIT LIST

| No. | | | Description |
|---|---|---|---|
| 18 | X | X | Enlargement of Chart (Roof Crush and Injury in Rollover Accidents) from SAE 902314 - "Rollover and Drop Tests - |
| 19 | X | X | The Influence of Roof Strength on Injury Mechanics Using Belted Dummies." |
| 20 | X | | Enlargement of Chart (Occupant Restraints in Rollover Accidents) showing data from SAE 770148 - "The Effectiveness of Belt Systems in Frontal and Rollover Crashes" |
| 21 | X | | "Injury Mechanisms in Rollover Collisions" by Hight, Siegal, and Nabam |
| 22 | X | | FMVSS 209, T0031001 |
| 23 | X | | FMVSS 210, T0031001 |
| 24 | X | | Jarrod Carter's Curriculum Vitae |
| 25 | X | | Jarrod Carter's report dated 7/17/03 |
| 26 | X | | Jarrod Carter's report dated 9/8/03 |
| 27 | X | | (95) Vehicle inspection photographs taken by J. Carter 6/25/03 |
| 28 | X | | Vehicle inspection photographs taken by J. Carter 9/10/03 |
| 29 | X | | (96) Site inspection photographs taken by J. Carter 6/26/03 |
| 30 | X | | Photographs of Exemplar F-250 |
| 31 | | X | Accident scene diagram containing topographical information from scene survey conducted by Abrahamson and Associates on 9/4/03 |
| 32 | X | | Accident scene diagram with scene evidence plotted based on scene survey of Scott Altman |
| 33 | X | | Overlay of topographical survey from Abrahamson and Associates and scene evidence survey by Scott Altman |
| 34 | X | | Accident sequence diagram prepared by J. Carter |
| 35 | | X | Calculations prepared by J. Carter |
| 36 | X | | Scale model of accident scene with scene evidence laid out |
| 37 | X | | Scale model of F-250 |
| 38 | X | | Images and measurements from 2D photogrammetric reconstruction of roof and driver's door damage |
| 39 | X | | Photographs of time-in-motion study conducted by J. Carter using scale models of the accident scene and vehicle |
| 40 | | X | Images and animation of 3D computer model of accident vehicle and exemplar vehicle |
| 41 | X | | Photographs taken by J. Carter of Rollover Demonstration of a 2001 F-250 performed 9/12/03 |
| 42 | X | | J. Carter's handwritten notes of Rollover Demonstration of a 2001 F-250 performed 9/12/03 |
| 43 | X | | Data, notes, and photographs of Rollover Demonstration of a 2001 F-250 performed 9/12/03 |
| 44 | X | | Videotape of Rollover Demonstration of a 2001 F-250 performed 9/12/03 |
| 45 | | X | SAE paper 980022 - Characteristics of Soil-Tripped Rollovers by Cooperrider, Hammoud and Colwel |
| 46 | X | | Ed Moffatt's Curriculum Vitae |

**FORD MOTOR COMPANY'S TRIAL EXHIBIT LIST**

| | | | |
|---|---|---|---|
| 47 | X | | Ed Moffatt's expert report dated 7/17/03 |
| 48 | X | | SAE paper 973347 - Head Excursion of Seat Belted Cadaver, Volunteers and Hybrid II ATD in Dynamic/Static Fixture by Moffatt et al |
| 49 | X | | SAE paper 952712 - Evaluation of Experimental Restraints in Rollover Conditions by Arndt et al |
| 50 | X | | SAE paper 2003-01-0172 - Matched-Pair Rollover Impacts of Roll caged and Production Roof Cars Using the Controlled Rollover Impact System (CRIS) by Moffatt et al |
| 51 | X | | Paper - The Relationship Between Vehicle Roof Strength and Occupant Injury in Rollover Crash Data, Moffatt, et al, Association for the Advancement of Automotive Medicine, 1995 |
| 52 | X | | Paper - Rollovers of Passenger Cars in France, 12th International Technical Conference on Experimental Safety Vehicles, NHTSA 1989 |
| 53 | X | | Paper - ESV Rollover Test methods, Report on the Second International Technical Conference on Experimental Safety Vehicles, NHTSA, 1971 |
| 54 | X | | Paper - The Urban Rollover: Characteristics, Injuries, Seat-Belts and Ejection, 13th International Technical Conference on Experimental Safety Vehicles, 1991 |
| 55 | X | | Discussion of SAE 820244, Crash Protection, SAE SP-513, by J. Provesal 1982 |
| 56 | X | | Paper - Occupant Protection During Vehicle Rollover, K. Stone, 5th International Technical Conference on Experimental Safety Vehicles, June 1974 |
| 57 | X | | Paper - An Analysis of Body Loads During Rollover Tests; Roof Crush and Occupant Protection, K. Friedewald, Paper number 96-S5-O-09, 1996 |
| 58 | X | | 970396 SAE Paper - Injury Mechanisms and Field Accident Data Analysis in Rollover Crashes, M. James, D. Allsop, R. Nordhagen and R. Decker, 1997 |
| 59 | X | | Paper - In-Depth Study of Volvo Cars in Rollover Crashes, A. Lund, C. Palmertz, L. Jakobsson, G. Andersson and I. Esaksson-Hellman, IRCOBI Conference - Sitges, September 1999 |
| 60 | X | | 980362 SAE Paper - Injury Causation in Rollover Crashes and the Biofidelity of Hybrid III Data in Rollover Tests, R. Piziali, R. Hopper, D. Girvan and R. Merala, International Congress and Exposition, February 23-26, 1998 |
| 61 | X | | CD containing CVRP PowerPoint Presentation 2003 SAE Congress 3/3/03 |
| 62 | X | | Poster board illustrating diving injury mechanism |
| 63 | X | | Poster board demonstrating torso augmentation causing neck injury |
| 64 | X | | Exhibit with hinged roof demonstrating mechanics of roof deformation |
| 65 | X | | Miniature video camera and monitor |
| 66 | X | | Gary Bahling's Curriculum Vitae |
| 67 | | X | Gary Bahling's expert report dated 7/21/03 |

**FORD MOTOR COMPANY'S TRIAL EXHIBIT LIST**

| | | |
|---|---|---|
| 68 | X | (125) Vehicle inspection photographs taken by G. Bahling 6/18/03 |
| 69 | X | Side rail cut-out from Chevy 3/4 Ton pickup |
| 70 | X | Side rail cut-out from Dodge 3/4 Ton pickup |
| 71 | X | Side rail cut-out from Ford 3/4 Ton pickup |
| 72 | X | A Pillar cut-out from Chevy 3/4 Ton pickup |
| 73 | X | A Pillar cut-out from Dodge 3/4 Ton pickup |
| 74 | X | A Pillar cut-out from Ford 3/4 Ton pickup |
| 75 | X | Header cut-out from Chevy 3/4 Ton pickup |
| 76 | X | Header cut-out from Dodge 3/4 Ton pickup |
| 77 | X | Header cut-out from Ford 3/4 Ton pickup |
| 78 | X | cut-out of the corner of the top corner where A pillar meets roof rail Chevy 3/4 Ton pickup |
| 79 | X | cut-out of the corner of the top corner where A pillar meets roof rail Dodge 3/4 Ton pickup |
| 80 | X | cut-out of the corner of the top corner where A pillar meets roof rail Ford 3/4 Ton pickup |
| 81 | X | Graphs of NASS data depicting distribution of injury in rollover accidents |
| 82 | X | Summary of applicable FMVSS test results on subject vehicle and completive vehicles |
| 83 | X | Report and Videos: "The Influence of Increased Roof Strength on Belted and Unbelted Dummies in rollover and Drop Tests" the Journal of Trauma, April 1995 |
| 84 | X | Report: "Quasi Static and Dynamic Roof Crush Testing" NHTSA VRTC-82-0197/VRTC-86-0391 |
| 85 | X | Full scale cross section of F-250 |
| 86 | X | Full size 2001 F-250 body buck |
| 87 | X | FMVSS 216 test results for F-250 and competitive vehicles |
| 88 | X | Analysis of Malibu 7L4 hit |
| 89 | X | Test Report Video 1991 Volvo 740 dolly rollover |
| 90 | X | Roof rail Delta V calculations from rollover testing |
| 91 | X | Report: "Near and Far-Side Adult Front Passenger Kinematics in Vehicle Rollover" |
| 92 | X | F-16 Restraint Harness |
| 93 | X | Report: "Evaluation of Experimental Restraints in Rollover Conditions" |
| 94 | X | Reports and video: "50 mph Blazer Rollover with and without Roll cage" |
| 95 | X | Michelle Vogler's Curriculum Vitae |
| 96 | X | Michelle Vogler's expert report dated 7/18/03 |
| 97 | X | Accident Frequency 2001 *(pie chart)* |
| 98 | X | Accident Risks for Vehicle Categories *(bar charts)* |

4

# FORD MOTOR COMPANY'S TRIAL EXHIBIT LIST

| 99 | X | Ford F-250 Super Duty – Super Cab 1999-2000 (per vehicle registered for one year) |
|-----|---|---|
| 100 | X | Accident Risks by Vehicle*(scatter chart)* |
| 101 | X | Rollover Accident Risks by Vehicle*(scatter chart)* |
| 102 | X | Fatal/Severe Accident Risks by Vehicle*(scatter chart)* |
| 103 | X | Fatal/Severe Rollover Accident Risks by Vehicle*(scatter chart)* |
| 104 | X | Belted Fatal/Severe Accident Risks by Vehicle*(scatter chart)* |
| 105 | X | Belted Fatal/Severe Rollover Accident Risks by Vehicle*(scatter chart)* |
| 106 | X | Fatal Rollover Frequency 2001*(pie chart)* |
| 107 | X | Fatal Accident Risks by Vehicle*(scatter chart)* |
| 108 | X | Fatal Rollover Accident Risks by Vehicle*(scatter chart)* |
| 109 | X | Belted Occupant Injury Risks for Vehicle Categories (Percent of Occupants with Fatal/Severe Injuries) |
| 110 | X | Unbelted Occupant Injury Risks for Vehicle Categories (Percent of Occupants with Fatal/Severe Injuries) |
| 111 | X | Belted Occupant Injury Risk in Rollovers by Vehicle (Percent of Occupants with Fatal/Severe Injuries) |
| 112 | X | Unbelted Occupant Injury Risk in Rollovers by Vehicle (Percent of Occupants with Fatal/Severe Injuries) |
| 113 | X | Belted Occupant Fatality Risk in Rollovers by Vehicle (Percent of Occupants with Fatal Injuries) |
| 114 | X | Unbelted Occupant Fatality Risk in Rollovers by Vehicle (Percent of Occupants with Fatal Injuries) |
| 115 | X | Comparison of Fatal/Severe Injuries in All Rollover Accidents*(pie charts)* |
| 116 | X | Comparison of Fatal/Severe Injuries of Non-ejected Occupants*(pie charts)* |
| 117 | X | Influence of Belt Use on Fatalities in Rollover Accidents *(pie chart)* |
| 118 | X | Roll Count Distribution in Single Vehicle Rollover Accidents*(bar chart)* |
| 119 | X | Risk of Fatal or Severe Injury in a Single Vehicle Rollover Accident*(line graph)* |
| 120 | X | Risk of Front Outboard Occupant Injury in Rollovers *(bar chart)* |
| 121 | X | Percentage of Rollover Accidents Associated with Accident Specific Factors*(bar chart)* |
| 122 | X | Percent of Fatal Single Vehicle Accident Vehicles that Rollover when Driver Factor is Noted*(bar chart)* |
| 123 | X | Percent of Fatal Single Vehicle Accident Vehicles that Rollover when Vehicle Factor is Noted*(bar chart)* |
| 124 | X | Vehicles with Different Single Vehicle Accident Rollover Rates and Similar T/2H Values*(bar charts)* |
| 125 | X | Vehicles with Different Fatal Single Vehicle Accident Rollover Rates and Similar T/2H Values*(bar charts)* |
| 126 | X | Vehicles with Different T/2H Values and Similar Single Vehicle Accident Rollover Rates*(bar charts)* |
| 127 | X | Vehicles with Different T/2H Values and Similar Fatal Single Vehicle Accident Rollover Rates*(bar charts)* |
| 128 | X | Variation in Single Vehicle Rollover Rates with Different Body Styles of the Same Model (bar charts) |
| 129 | X | Variation in Fatal Single Vehicle Rollover Rates with Different Body Styles of the Same Model (bar charts) |
| 130 | X | SVA Rollovers per SVA Accident By NHTSA's 5-Star Rating |

# FORD MOTOR COMPANY'S TRIAL EXHIBIT LIST

| No. | | | Description |
|---|---|---|---|
| 131 | X | | SVA Rollovers per RVY By NHTSA's 5-Star Rating |
| 132 | X | | All Rollovers per RVY By NHTSA's 5-Star Rating |
| 133 | X | | Fatal SVA Rollovers per RVY By NHTSA's 5-Star Rating |
| 134 | X | | Fatal Rollovers per RVY By NHTSA's 5-Star Rating |
| 135 | | X | Data, notes and Photographs of Horizontal Platen Roof Crush test of a 2001 Ford F-250 SuperCab Pickup performed 8/19/03 |
| 136 | X | | Videotape of Horizontal Platen Roof Crush test of a 2001 Ford F-250 SuperCab Pickup performed 8/19/03 |
| 137 | X | | Data, notes and photographs of Horizontal Platen Roof Crush test of a 2001 Dodge Ram 2500 Quad Cab Pickup performed 8/19/03 |
| 138 | X | | Videotape of Horizontal Platen Roof Crush test of a 2001 Dodge Ram 2500 Quad Cab Pickup performed 8/19/03 |
| 139 | X | | Data, notes and photographs of Horizontal Platen Roof Crush test of a 2001 Chevrolet Silverado 2500 Extended Cab Pickup performed 8/20/03 |
| 140 | | X | Videotape of Horizontal Platen Roof Crush test of a 2001 Chevrolet Silverado 2500 Extended Cab Pickup performed 8/20/03 |
| 141 | | X | Data, notes and photographs of a Driver side A-Pillar 216 test  on a 2001 Ford F-250 SuperCab Pickup performed 7/1/03 |
| 142 | X | | Videotape of a Driver side A-Pillar 216 test  on a 2001 Ford F-250 SuperCab Pickup performed 7/1/03 |
| 143 | X | | Data and video from CRIS test 50302 |
| 144 | X | | Data and video from CRIS test 50902 |
| 145 | X | | Data and video from CRIS test 51502 |
| 146 | X | | Data and video from CRIS test 61102 |
| 147 | X | | Data and video from CRIS test 61802 |
| 148 | X | | Data and video from CRIS test 62102 |
| 149 | X | | Data and video from production Crown Victoria FMVSS 216 test |
| 150 | X | | Data and video from reinforced roof Crown Victoria FMVSS216 test |
| 151 | X | | videotape of DIADEM timing analysis of selected tests and comparisons |
| 152 | X | | Blow-up of 6 vehicles used in CRIS testing |
| 153 | X | | Records received pursuant to custodian of records subpoena for Trooper Russell  Conkling re Texas Accident report dated 8/29/01 |
| 154 | X | | Owner's Manual for the 2001 F-250 Super Duty vehicle, |
| 155 | X | | Vehicle Invoice for the subject 2001 F-250 Super Duty truck |
| 156 | X | | Safety Certification label for subject 2001 F-250 |

**FORD MOTOR COMPANY'S TRIAL EXHIBIT LIST**

| | | |
|---|---|---|
| 157 | X | 5/7/92 Ford Letter re Corporate Safety Segment Design Guidelines for Resistance to Rollover |
| 158 | X | 6/14/93 Ford Letter re Corporate Safety Segment Design Guidelines for Resistance to Rollover |
| 159 | X | Ford 1974-1976 Master Plan Rollover and Side Impact Ford Document, dated 1971 |
| 160 | X | Roof Crush Variability Study using FEA and DOE, dated 12/23/94 |
| 161 | X | National Highway Safety Bureau document entitled "Roof Intrusion Protection for Passenger Cars," dated 1/6/71 |
| 162 | X | Program Description Books applicable to any PN96 Vehicle |
| 163 | X | Ford's FMVSS 208 Certification package |
| 164 | X | Ford's FMVSS 209 Certification package |
| 165 | X | Ford's FMVSS 210 Certification package |
| 166 | X | 1998 PHN131 Total Program Work Plan |
| 167 | X | Analytical Sign-Off for PHN-131 CP Design April 1996 |
| 168 | X | 2/1/84 internal Ford memo from D. Petersen, Directive: Product Safety Planning and Implementation |
| 169 | X | NAAO Passenger Car & Light Truck Safety Design Guidelines 5/10/94 |
| 170 | X | 1999 PN 131 Program Durability Test Status |
| 171 | X | Engineering Subsystem Sign-Off Summary, 5/16/97 - Exterior Systems |
| 172 | X | Engineering Subsystem Sign-off Summary - Seats/ Restraints, 5/16/97 |
| 173 | X | Body Sign-off status |
| 174 | X | 1999 P-131 F-series signoff status vehicle dynamics development, steering, ride, handling, and tires summary |
| 175 | X | P-131 Craftsmanship Summary |
| 176 | X | 1999 P131 Engineering Subsystem Sign-off Summary, Seats & Restraints |
| 177 | X | PHN131 Sign-off Plan |
| 178 | X | PHN131 Prototype Readiness Reliability Review Presentation 1/26/96 |
| 179 | X | Test Procedure P3-103 |
| 180 | X | Test Procedure P3-107 |
| 181 | X | Test Procedure P3-108 |
| 182 | X | Test Procedure P3-116 |
| 183 | X | DVD of Volvo XC90 dolly rollover testing, test 1 |
| 184 | X | DVD of Volvo XC90 dolly rollover testing, test 2 |
| 185 | X | DVD of Volvo XC90 dolly rollover testing, test 3 |
| 186 | X | Videotape: Ranger Durability 6:30 |
| 187 | X | W2 Wage and Tax Statements 1999-2001 of Plaintiff Patrick C. Parker |
| 188 | X | Verifact's notes from telephone interview of David @ Akers Body Shop dated 10/14/02 |

7

# FORD MOTOR COMPANY'S TRIAL EXHIBIT LIST

| | | |
|---|---|---|
| 189 | X | Verifact's notes from telephone interview of secretary @ Akers Body Shop dated 10/16/02 |
| 190 | X | Verifact's notes from Interview of Trooper Conkling dated 10/10/02 |
| 191 | X | William Muzzy's list of prior testimony |
| 192 | X | William Muzzy's billing file |
| 193 | X | Carly Ward's list of prior testimony |
| 194 | X | Carly Ward's billing file |
| 195 | X | Keith Friedman's list of prior testimony |
| 196 | X | Keith Friedman's billing file |
| 197 | X | Scott Altman's list of prior testimony |
| 198 | X | Scott Altman's billing file |
| 199 | X | (15) Subject Vehicle Photographs produced by plaintiff |
| 200 | X | (24) Accident Site Photos taken by Investigator James Wolsch on 10/10/02 |
| 201 | X | Laser copies of Scott Altman's Site Photographs taken 4/1/02 |
| 202 | X | Laser copies of Scott Altman's vehicle inspection photographs taken 4/16/02 |
| 203 | X | Laser copies of Scott Altman's vehicle Dynamics model photographs taken 7/30/03 |
| 204 | X | Laser copies of William Muzzy's vehicle inspection photographs taken 9/16/02 |
| 205 | X | Laser copies of Carly Ward's exemplar testing inspection taken 5/9/03 |
| 206 | X | Photographs of T. Patterson's vehicle inspection |
| 207 | X | 12/6/01 letter from R. Strassburger of Alliance of Automobile Manufacturers to NHTSA re FMVSS 216, request for comments, Docket 1999-5572 |
| 208 | X | 12/3/2001 letter from M. Reynolds of DaimlerChrysler to NHTSA re FMVSS 216, request for comments, Docket 1999-5572 |
| 209 | X | 12/4/01 Letter from Ford to NHTSA re FMVSS 216, request for comments, Docket 1999-5572 |
| 210 | X | 12/5/01Letter form J. Gutting of GM to NHTSA re FMVSS 216, request for comments, Docket 1999-5572 |
| 211 | X | 12/6/01 letter from N. Fuji on Nissan to NHTSA re FMVSS 216, request for comments, Docket 1999-5572 |
| 212 | X | NHTSA Laboratory Test Procedure for FMVSS 216, TP-216-04 8/1/89 |
| 213 | X | NHTSA Office of Vehicle Safety Compliance - Compliance Testing Program |
| 214 | X | SAE 2000-01-1651 "Development of an Automotive Rollover Sensor" by Wallner and Schiffmann |
| 215 | X | 7/14/94 letter from M. Asensio of SAE to D. Friedman re paper no. 12SC44 |
| 216 | X | Autoliv Test Report, test no. B180196 |
| 217 | X | Videotape of Autoliv Test Report, test no. B180196 |
| 218 | X | Autoliv Test Report, test no. B180220 |

**FORD MOTOR COMPANY'S TRIAL EXHIBIT LIST**

| | | |
|---|---|---|
| 219 | X | Videotape of Autoliv Test Report, test no. B180220 |
| 220 | X | Autoliv Test Report, test no. B190043 |
| 221 | X | Videotape of Autoliv Test Report, test no. B190043 |
| 222 | X | Autoliv Test Report, test no. B190044 |
| 223 | X | Videotape of Autoliv Test Report, test no. B190044 |
| 224 | X | Autoliv Test Report, test nos. B190046 & B190047 |
| 225 | X | Videotape of Autoliv Test Report, test nos. B190046 & B190047 |
| 226 | X | Autoliv Test Report, test no. B190049 |
| 227 | X | Videotape of Autoliv Test Report, test no. B190049 |
| 228 | X | Autoliv Test Report, test no. B190050 |
| 229 | X | Videotape of Autoliv Test Report, test no. B190050 |
| 230 | X | Autoliv Test Report, test no. B190065 |
| 231 | X | Videotape of Autoliv Test Report, test no. B190065 |
| 232 | X | Autoliv Test Report, test no. B190066 |
| 233 | X | Autoliv Test Report, test no. B190073 |
| 234 | X | Videotape of Autoliv Test Report, test no. B190073 |
| 235 | X | Autoliv Test Report, test no. B190074 |
| 236 | X | Videotape of Autoliv Test Report, test no. B190074 |
| 237 | X | Autoliv Test Report, test nos. B190075-81 |
| 238 | X | Videotapes of Autoliv Test Report, test nos. B190075-81 |
| 239 | X | Autoliv Test Report, test nos. B190095-104 |
| 240 | X | Videotape of Autoliv Test Report, test nos. B190095-97 |
| 241 | X | Autoliv Test Report, test nos. B180189 & B180191 |
| 242 | X | Videotape of Autoliv Test Report, test nos. B180189 & B180191 |
| 243 | X | Autoliv Test Report, test no. B180190 |
| 244 | X | Autoliv Test Report, test nos. B180207, B180209 & B180210 |
| 245 | X | Videotape of Autoliv Test Report, test nos. B180207, B180209 & B180210 |
| 246 | X | Autoliv Test Report, test no. B180219 |
| 247 | X | Autoliv Test Report, test nos. B180223, B180224 & B180225 |
| 248 | X | Videotape of Autoliv Test Report, test nos. B180223, B180224 & B180225 |
| 249 | X | Autoliv Test Report, test no. B190015 |
| 250 | X | Videotape of Autoliv Test Report, test no. B190015 |

FORD MOTOR COMPANY'S TRIAL EXHIBIT LIST

| | | |
|---|---|---|
| 251 | X | Autoliv Test Report, test nos. B190019 & B190020 |
| 252 | X | Videotape of Autoliv Test Report, test nos. B190019 & B190020 |
| 253 | X | National Traffic and Motor Vehicle Safety Act of 1966, Public Law 89-563 |
| 254 | X | SAE paper 2002-01-0694 entitled "A Comparison of the Controlled Rollover Impact System (CRIS) with the J2114 Rollover Dolly" authored by Carter, Habberstad, and Croteau |
| 255 | X | Jarrod Carter's Report dated September 19, 2003 |
| 256 | X | Records – Altus Surgery & Urology Associates |
| 257 | X | Records – Baylor Institute of Rehabilitation |
| 258 | X | Records – Blue Cross/Blue Shield of Texas |
| 259 | X | Records – Dr. Ramanchadra Rao Makkena |
| 260 | X | Records – Childress Family Clinic |
| 261 | X | Records – Childress Regional Medical Center |
| 262 | X | Records – Out-Patient Visiting Doctors Clinic |
| 263 | X | Records – EMPI |
| 264 | X | Records – Hardeman County Memorial Hospital |
| 265 | X | Records – Hardeman County Memorial Hospital – Radiology |
| 266 | X | Records – Hardeman County EMS |
| 267 | X | Records – Hardeman County Sheriff's Office |
| 268 | X | Records – Neurological Surgery of Wichita Falls and Dr. Stephen Neece, M.D. |
| 269 | X | Records – Project Walk |
| 270 | X | Records – TXU |
| 271 | X | Records – Texas Department of Public Safety |
| 272 | X | Records – Trans Star Ambulance |
| 273 | X | Records – United Regional Health Care System |
| 274 | X | Records – United Regional Health Care System – Radiology |
| 275 | X | Records – Dr. Neil R. Veggeberg and High Plains Rehab Association |
| 276 | X | Records – Dr. George Wharton and HealthSouth Medical Center |
| 277 | X | Dr. James Vinson's Report dated June 30, 2003 |
| 278 | X | Dr. James Vinson's Report dated July 16, 2003 |
| 279 | X | Dr. James Vinson's Future Cost of Care Table |
| 280 | X | CPI Detailed Report – Data for March 2003 |
| 281 | X | Table 29 – Historical Consumer Price Index for Urban Wage Earners and Clerical Workers (CPI-W) |

# FORD MOTOR COMPANY'S TRIAL EXHIBIT LIST

| No. | | | Description |
|---|---|---|---|
| 282 | X | | CPI Detailed Report – Data for February 2003 |
| 283 | X | | Pages 296 and 297 from book titled Spinal Cord Injury |
| 284 | X | | Page 77 from document entitled Spinal Cord Medicine – Table 4.3 Life Expectancy of Patients with Spinal Cord Injury Treated at Model Systems Who Survive at Least 1 Year Post Injury. |
| 285 | X | | Future Cost Care for Mr. Patrick Parker 2003-2026. |
| 286 | | X | Various tables from Economic Report of the President – February 2002 |
| 287 | X | | Table 14-2 Life Expectancy for Person with Spinal Cord Injuries Who Survive at Least 24 Hours Post Injury by Age at Injury and Neurologic Category from Spinal Cord Injury – Clinical Outcomes from the Model Systems |
| 288 | X | | Dr. E. L. Workman's Report dated July 3, 2003 |
| 289 | X | | Dr. E. L. Workman's Care Cost Projections |
| 290 | X | | Detailed Wages – Compare Wages (Wages: Home Health Aides) |
| 291 | X | | Job Search: Job Details |
| 292 | X | | Detailed Wages – Compare Wages (Wages: Farmworkers, Farm and Ranch Animals – U.S., Texas, Lubbock) |
| 293 | X | | Detailed Wages – Compare Wages (Wages: Farmworkers, Farm & Ranch Animals – U.S., Texas, Amarillo) |
| 294 | X | | Detailed Wages – Compare Wages (Wages: Farmworkers and Laborers, Crop, Nursery and Greenhouse – U.S., Texas, Lubbock) |
| 295 | X | | Information re: Childress |
| 296 | | X | Map of Western Texas |
| 297 | X | | Employment Status of Rehabilitated Clients Before and After Rehabilitation |
| 298 | X | | Figure 5.1 – Comparative Outcomes of Rehabilitation Programs |
| 299 | | X | Dr. McCoin's Oral Deposition taken on August 26, 2003 |
| 300 | X | | Dr. McCoin's Report dated May 20, 2003 (Deposition Exh. 2) |
| 301 | X | | Dr. McCoin's Supplemental Report dated September 19, 2003 |
| 302 | X | | Chart of Earning Capacity Calculations Year by Year (Deposition Exh. 5) |
| 303 | X | | Dr. Sink's Life Care Plan by Elements (Deposition Exh. 6) |
| 304 | X | | National Vital Statistics Report Dated 3/21/02 – Table 5 (Deposition Exh. 7) |
| 305 | X | | Economic Report of the President dated 2/03 – Tables (Deposition Exh.7a) |
| 306 | X | | United States Department of Labor News Dates 12/11/02 – Table 9 (Deposition Exh. 7b) |
| 307 | X | | Worklife Estimates : Effects of Race and Education – Table A-3 (Deposition Exh.7c) |
| 308 | X | | National Vital Statistics Reports dated 3/21/02 – Table 5 (Deposition Exh. 7e) |
| 309 | X | | Dr. McCoin's Handwritten Notes (Deposition Exh. 8) |
| 310 | X | | McCoin's Expert File (Deposition Exh. 10) |

**FORD MOTOR COMPANY'S TRIAL EXHIBIT LIST**

| 311 | | X | Dr. Sink's Oral Deposition taken September 2, 2003 |
|-----|---|---|---|
| 312 | X | | |
| 313 | | X | Dr. Sink's Report dated 4/25/03 |
| 314 | | X | Home Care – Option 2 dated 9/2/03 (Deposition Exh. 4) |
| 315 | | X | Dr. Sink's Addendum to Narrative |
| 316 | | X | Dr. Sink's Expert File (Deposition Exh. 5) |
| 317 | | X | Winter 2002 Occupational Wages and Employment for Amarillo, MSA (Deposition Exh. 6) |
| 318 | | X | Formula Created by the Model Spinal Cord Injury Centers (Deposition Exh. 7) |
| 319 | | X | Formula Created by the Model Spinal Cord Injury Centers (Deposition Exh. 8) |
| 320 | | X | Formula Created by the Model Spinal Cord Injury Centers (Deposition Exh. 9) |
| 321 | | X | Formula Created by the Model Spinal Cord Injury Centers (Deposition Exh. 10) |
| 322 | | X | Correspondence between Sink and Dr. Darter (Deposition Exh. 11) |
| 323 | | X | Misc. Interview Ford and Case Notes (Deposition Exh. 13) |
| 324 | | X | U.S. Census Bureau Disability Labor Force Status - Work Disability Status of Civilians 16 to 74 Years Old by Education, Attainment and Sex, 2002. (Deposition Exh. 16) |
| 325 | | X | Referral data Sheet (Deposition Exh. 18) |
| 326 | | X | Invoice from Sink (Deposition Exh. 20) |
| 327 | | X | Health Cost Survey (Deposition Exh. 21) |
| | | X | CV of Judy Edwards Bruyn |
| | | | |

12